UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

EDWARD SMITH,

                        Defendant.

25-CR-004 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court, having received the Government's motion for bond revocation, filed on January 6, 2025, (Dkt. No. 23), hereby schedules a bond hearing in this case for **Wednesday, January 8, 2025 at 9:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Defense shall serve their response by **5:00 p.m. today, January 7, 2025.**

SO ORDERED.

                                                *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: January 7, 2025
        New York, New York