UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
-v-                                    :         25-CR-004 (PAE)
:
EDWARD SMITH,                                          :         ORDER
:
Defendant.                        :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    IT IS HEREBY ORDERED that the defendant is remanded to the custody of the United States Marshals.

    SO ORDERED.

Dated: January 8, 2025
       New York, New York

                                  PAUL A. ENGELMAYER
                                  United States District Judge