UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

EDWARD SMITH,

                        Defendant.

25-CR-004 (PAE)

SCHEDULING ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court sets a next conference in this case for **February 13, 2025** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Time is excluded, pursuant to 18 U.S.C. § 3161 (h)(7)(A), until **February 13, 2025**.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: January 8, 2025
       New York, New York