AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

United States of America
        Plaintiff (s),

V.

Edward Smith
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:25-CR-00004-PAE

Notice is hereby given that, subject to approval by the court, **Edward Smith** substitutes
(Party (s) Name)

**Robert C. Gottlieb**, State Bar No. **1118975** as counsel of record in
(Name of New Attorney)

place of **Todd Spodek**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Robert C. Gottlieb & Associates
    Address: 111 Broadway, Suite 701, New York, NY 10006
    Telephone: (212) 566-7766    Facsimile: (212) 374-1506
    E-Mail (Optional): rgottlieb@robertcgottlieblaw.com

I consent to the above substitution.
Date: 2/5/2025

*Edward Smith* /s/ Smith
(Signature of Party (s))

I consent to being substituted.
Date: 1/30/2025

Todd A. Spodek
*Todd A. Spodek*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 01/30/2025

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/5/2025

*Paul A. Engelmayer*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

The Clerk of Court is requested to terminate the motion at Dkt. No. 35.