UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,
:
                                                                              :
                            -v-                                              :          25-CR-04 (PAE)
                                                                              :
EDWARD SMITH,                                                :          SCHEDULING ORDER
                                                                              :
                                        Defendant.              :
                                                                              :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- Any motion to suppress shall be filed by **March 6, 2025**[1].

- Opposition to any motion to suppress shall be filed by **March 20, 2025**.

- A suppression hearing is scheduled for **April 3, 2025** at **10:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), to **April 3, 2025**.

SO ORDERED.

---

[1] In the event defense counsel's intervening state-court trial goes forward and counsel so represents in a letter filed on the docket of this case, the Court will move the deadline for filing the suppression motion to March 13, 2025 and the deadline for the Government's opposition to March 27, 2025.

Dated: February 13, 2025
      New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge