# EXHIBIT A

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
*** Crime Scene Sign-In Log ***

PAGE  1  OF  1

## GENERAL INFORMATION

DATE: 06/226/24
CASE ID: 305I-NY-3935667
LOCATION: 40 Central Park South, apt 5E, New York, NY 10019

(Complete if applicable)

SITE#: 
TEAM#: 
GRID#: 
REMARKS: 

## SEARCH TEAM PERSONNEL

| Print Full Name | Signature | Agency/Division/Office and Phone | Print Initials | Time In | Time Out |
|---|---|---|---|---|---|
| Michael Buscemi | [sig] | FBI | MB | 6:10 | 7:59A |
| Matthew Deragon | [sig] | FBI | M | 6:10 | 7:59A |
| Margaret Murphy | [sig] | FBI | MM | 6:10 | 7:59A |
| Alexandria Chacon | [sig] | FBI | AC | 6:10 | 7:59A |
| Justine Atwood | [sig] | FBI | JA | 6:10 | 7:59A |
| Audra Hampsch | [sig] | FBI | A | 6:10 | 7:59A |
| Robert DiGregorio | [sig] | FBI | RD | 6:10 | 7:59A |
| Walter Harkins | [sig] | NYPD | W | 6:10 | 7:59A |
| Brenna Robinson | [sig] | FBI Intern | BR | 6:10 | 7:59A |

JA 6/26/24

USAO_0006829