# EXHIBIT C

Case 1:25-cr-00004-PAE    Document 48-3    Filed 03/06/25    Page 1 of 2

Recorded Interrogation of Edward Smith 001 will be provided to the Court via flash drive.