UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

                  Defendant.

25-CR-004 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The next conference in this case is scheduled for **July 30, 2025 at 11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.
- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **July 30, 2025**.
- Opening expert disclosures are due **August 14, 2025**.
- Responsive expert disclosures are due **August 28, 2025**.
- The Government's 404(b) disclosure is due **August 28, 2025**.
- Motions *in limine* shall be filed by **September 9, 2025**.
- Oppositions to any motions *in limine* shall be filed by **September 16, 2025**.
- Replies to any motions *in limine* shall be filed by **September 23, 2025**.
- Defense Rule 16 discovery is due **September 23, 2025**.
- Disclosure of 3500 material is due **September 26, 2025**.

- Requests to charge and proposed voir dire shall be filed by **September 30, 2025**.

- The Court will set a final pretrial conference date at next week's conference.

SO ORDERED.

                                                                              *Paul A. Engelmayer*
                                                                              _____
                                                                              PAUL A. ENGELMAYER
                                                                              United States District Judge

Dated: July 24, 2025
           New York, New York