UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

                Defendant.

25-CR-004 (PAE)

SCHEDULING ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has reviewed the Government's August 22, 2025 letter asking the Court to set (1) deadlines for the defense to correct asserted deficiencies with respect to its expert-witness materials and notices, and (2) a briefing schedule for the Government's anticipated motion to preclude the defense's proposed expert testimony. Dkt. 92. The Court hereby sets the following schedule and deadlines:

      As to the outstanding expert materials and disclosures and the Government's requested extension for its responsive expert disclosure:

- The defense is ordered to disclose **all** outstanding materials underlying Dr. Laurie Sperry's expert report by **12 p.m. (noon) on August 26, 2025.**

- The defense is ordered to complete its disclosure of **all** information required by Federal Rule of Criminal Procedure 16(b)(1)(C)(iii) and (v) with respect to Jeffrey Fischbach by **12 p.m. (noon) on August 27, 2025**. By the same date and time, the defense is directed to submit an expert notice signed by Mr. Fischbach.

1

- The Government's expert disclosure responding to Dr. Sperry's expert notice is due **September 4, 2025.**

As to the Government's anticipated motion to preclude Dr. Sperry's expert testimony:

- The Government's opening brief is due **August 28, 2025**.
- Defense counsel's opposition brief is due **September 4, 2025**.
- The Government's reply, if any, is due **September 10, 2025**.

As to the Government's anticipated motion to preclude Mr. Fischbach's expert testimony, the Court adopts the defense's proposed schedule, to enable the Government to take into account the fact that, pursuant to this order, further disclosures from Mr. Fischbach, pursuant to Rule 16, will not be made until Wednesday, August 27, 2025. Specifically:

- The Government's opening brief is due **September 9, 2025**.
- Defense counsel's opposition brief is due **September 16, 2025**.
- The Government's reply, if any, is due **September 23, 2025**.

The above deadlines will not be further extended. Failure to comply with mandatory disclosure or notice requirements by the deadlines the Court has set may result in preclusion of the testimony at issue.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 25, 2025
   New York, New York

2