UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

---

25-CR-004 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Trial in this case is scheduled to begin on October 14, 2025. The Court last night received a letter request from the defense requesting an adjournment of trial until December 8, 2025, representing that the Government consents to this request, on certain conditions. Dkt. 98.

The Court will take up this request at a conference on **Wednesday, September 10, 2025, at 9:30 a.m.**, to be held in **Courtroom 1305** of the Thurgood Marshall United States Courthouse. **For avoidance of doubt, the trial date – and all intermediate deadlines – remain as set, save that the Court adjourns by three days the present September 9 deadlines for the filing of motions *in limine* and for the Government's motion to preclude the testimony of Mr. Fischbach.** The Court does not disturb the September 10 deadline for the Government's reply brief with respect to the testimony of Dr. Sperry. Counsel are also advised that the Court does not regard the December 8, 2025 trial date as viable, for reasons including its proximity to the winter holidays. If there is to be any adjournment based on the reasons stated in the defense's letter, it would be to an earlier trial date than the one proposed.

The defense's letter, in representing the Government's views, refers to the Government's ongoing investigation and the possibility of a superseding indictment. To the extent that

1

investigative and confidentiality considerations may prevent the Government from elaborating on these points other than on an *ex parte* basis, the Court authorizes the Government to submit an *ex parte* letter addressing these subjects and their implications for the schedule. That letter is due by 5 p.m. on Monday, September 8, 2025.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 5, 2025
      New York, New York