UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

---

25-CR-004 (PAE)

REVISED
SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following revised pretrial and trial schedule:

**Trial**:

- Trial is adjourned to **November 18, 2025** at **9 a.m.**

**Expert testimony by Jeffrey Fischbach**:

- The defense shall complete its disclosure of all information required by Federal Rule 16(b)(1)(C)(iii) and (v) with respect to Mr. Fischbach by **September 29, 2025**.

- The Government's motion to preclude Mr. Fischbach's expert testimony is due **October 7, 2025**.

- The Government's responsive expert disclosure to Mr. Fischbach is due **October 13, 2025**.

- The defense's opposition to the motion to preclude Mr. Fischbach's expert testimony is due **October 14, 2025**.

- The Government's reply in support of the motion to preclude Mr. Fischbach's expert testimony is due **October 21, 2025**.

1

**Motions *in limine*:**

- Any motions *in limine* are due **October 17, 2025**.

- Oppositions to any motion *in limine* are due **October 24, 2025**.

- Any replies in support of any motions *in limine* are due **October 31, 2025**.

**Rule 16 and Rule 404(b) Disclosures:**

- The defense's Rule 16 disclosure shall be made by **September 30, 2025**, and may be supplemented as necessary by **October 28, 2025**.

- The Government's 404(b) disclosures are due **October 31, 2025**.

**Other pretrial submissions:**

- Requests to charge and proposed *voir dire* are due **November 4, 2025**.

- The Government's exhibit list and witness list are due **November 4, 2025**.

- The defense's exhibit list and witness list are due **November 5, 2025**.

- Disclosures of any visuals and slides that the parties plan to use during trial are due **November 11, 2025**.

**Pretrial conferences:**

- The next conference is scheduled for **November 10, 2025** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, N.Y.

- The final pretrial conference is scheduled for **November 14, 2025** at **10 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, N.Y.

- The Court adjourns the conferences previously scheduled for October 6 and October 10, 2025.

**Exclusion of time**:

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **November 18, 2025**.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 10, 2025
       New York, New York