UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25-CR-004 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court last night was forwarded the attached email exchange among counsel, initiated by an email from the defense correcting an erroneous statement by defense counsel during yesterday's pretrial conference with respect to the identification of an electronic device that the defense intends to review.  Neither party has asked the Court to take action and the Court does not see a need to act.  The Court is publicly filing this exchange in the interest of a complete record.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: September 11, 2025
New York, New York