UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

                Defendant.

25-CR-004 (PAE)

SCHEDULING ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has been notified that a superseding indictment has been issued in this case. The Court will arraign the defendant on the superseding indictment at a conference to be held on **Monday, October 6, 2025**, at **12:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 1, 2025
       New York, New York