UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

                  Defendant.

25 Cr. 4 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has today received a letter from the Government reporting that the defense has failed to respond to its inquiries, and to produce certain materials, relating to the proposed expert testimony of Jeffrey Fischbach. Dkt. 109. The Government also seeks an adjournment of its October 7, 2025 deadline to move to preclude Mr. Fischbach's expert testimony. *Id.*

The Court directs the defense to respond in full by letter to the Government's attached email of September 30, 2025, Dkt. 109–2, which poses appropriate questions about Mr. Fischbach's anticipated testimony, *see* Dkt. 109–1, and to produce to the Government all outstanding materials with respect to Mr. Fischbach's testimony, by **noon on Saturday, October 4, 2025**. The defense's letter is to be filed on the docket of this case, subject to appropriate redactions, including of the names of any alleged victims.

The Court will take up these issues and the others raised in the Government's letter at the conference scheduled for noon on Monday, October 6, 2025, at which the defendant will be arraigned on the superseding indictment. For avoidance of doubt, the Court expects that, at that conference, it will grant some adjournment of the deadline for the Government's motion to preclude Mr. Fischbach's testimony. Pending the Court's review of the defense's responses to

the Government's inquiries, and the parties' accounts of the materials that the defense will produce tomorrow, however, it is premature for the Court to determine the extent of any adjournment of the deadline, or briefing schedule, for such a motion.

SO ORDERED.

                                                *Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 3, 2025
       New York, New York