UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>EDWARD GENE SMITH,<br><br>                                        Defendant. | 25-CR-004 (PAE)<br><br>SCHEDULING ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

**Severance Motion:**

- Any severance motion is due **October 10, 2025**.
- Any response is due **October 17, 2025**.
- The Court does not invite a reply at this time.

**Clarifications Related to Jeffrey Fischbach's Expert Disclosures:**

- The defense shall provide a redlined copy of Mr. Fischbach's amended disclosure of October 4, 2025, comparing it with Mr. Fischbach's initial disclosure of August 14, 2025; and confirm, in a filed letter, whether language was added or modified to the initial disclosure, as opposed to just removed, both by **today at 5 p.m.**

- The defense shall file a letter describing the way(s) in which the documents created or relied upon by Mr. Fischbach are incomplete, and identifying all discovery materials necessary for the Government to

1

assess Mr. Fischbach's proposed testimony and the sources of these materials, by **October 8, 2025 at 12 p.m.**

**Briefing Related to Mr. Fischbach's Expert Testimony:**

- The Government's motion to preclude Mr. Fischbach's expert testimony is due **October 16, 2025**.

- The defense's opposition is due **October 23, 2025**.

- The Government's reply is due **October 30, 2025**.

**Responsive Expert Disclosure to Mr. Fischbach:**

- The Government's responsive expert disclosure to Mr. Fischbach is due **October 22, 2025**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 6, 2025
New York, New York