UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25-CR-004 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed defense counsel's letter of October 10, 2025, seeking a continuance of trial on multiple grounds. Dkt. 118. To assist the Court in evaluating defense counsel's application, which the Court views as substantial, the Court directs the Government to respond, by letter due October 16, 2025. The Government should address, *inter alia*, whether, if trial were rescheduled to February 2026, the Government realistically will have made a final determination as to a superseding indictment sufficient in advance of the new trial date to enable the defense to adequately prepare to meet the new charges. The Government should also address the status of the re-imaging of device 1B2, and any other areas of work apt to result in the provision of consequential new discovery to the defense. In light of the likelihood that the letter will address ongoing investigative work, the Government is authorized to publicly file its letter in redacted form, while supplying the Court with the letter in unredacted form.

The Court will hold an in-person conference on **October 20, 2025, at 9:30 a.m.** in Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, to discuss and rule upon the application for a continuance. Counsel

1

should come to the conference prepared to discuss their availability and any other matters

bearing on a new trial date, in the event the Court grants the request for a continuance.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: October 14, 2025
        New York, New York