

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 14, 2025

**By ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *United States v. Edward Smith*,
            S1 25 Cr. 4 (PAE)

Dear Judge Engelmayer:

    The Government respectfully writes in the above-captioned matter, with consent of the defendant, regarding the deadline for the parties' motions *in limine* that is currently set for this Friday, October 17, 2025. As the Court is aware, on October 10, the defendant moved for a material continuance of the trial date. (Dkt. 118). On October 14, the Court issued an Order indicating that the Court views the trial continuance request as substantial and setting the matter down for a conference on Monday, October 20. (Dkt. 120). In light of the pending motion and the Order, the parties today conferred regarding the current motions *in limine* deadline. The parties agreed that an adjournment of this deadline *sine die* until after the Court addresses the trial continuance request at the October 20 conference is advisable given the ongoing production and review of certain discovery, the Government's continuing investigation, and the possibility that the trial date may be materially adjourned. The Government therefore respectfully requests, with the consent of the defendant, an adjournment of the current motions *in limine* deadline *sine die* until the trial schedule is finalized at the October 20 conference. The Government expects that, if the defendant's motion for a continuance is granted, the parties will also ask the Court to adjust other pretrial and trial-related deadlines.[1]

---

[1] For avoidance of doubt, the Government is not requesting that the other deadline this week, for the Government's motion to preclude the proffered testimony of Jeffrey Fishbach, be adjourned. The Government expects to file timely its motion on Thursday, October 16, requests that the current deadline for the defendant to respond, of one week (October 23), not be moved, and believes that it behooves the parties for the Court to rule on this motion in the coming weeks regardless of whether the trial date is continued.

Honorable Paul A. Engelmayer
October 14, 2025
Page 2

                                                Respectfully submitted,

                                                JAY CLAYTON
                                                United States Attorney for the
                                                Southern District of New York

By:   s/ _____
       Remy Grosbard
       Rita Maxwell
       Daniel C. Richenthal
       Joseph Zabel
       Assistant United States Attorneys
       (212) 637-2446/2206/2413/1559

GRANTED. The Court extends *sine die* the motion *in limine* deadlines, but maintains the October 16 deadline for the Government's motion to preclude the testimony of Jeffrey Fischbach, the October 23 deadline for the defense to respond, and the October 30 deadline for the Government to reply. The Court also maintains the October 22 deadline for the Government's responsive expert disclosure to Fischbach.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: October 15, 2025
New York, New York