UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

---

25-CR-004 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following revised pretrial and trial schedule:

**Trial:**

- Trial is adjourned to **February 23, 2026 at 9:00 a.m.**

**Defense Notices:**

- By **November 20, 2025**, the defense shall file on the docket a letter stating whether it intends to advance an advice-of-counsel defense, or otherwise to seek to introduce attorney-client communications in defense, and if so, setting out, based on communications with the Government, a schedule for discovery relating to such a defense. The defense shall also state whether it plans to seek to offer expert testimony from Dr. Laurie Sperry related to Count Four.

**Rule 16 and Rule 404(b) Disclosures:**

- The defense's Rule 16 disclosures are due **November 10, 2025**.

- The Government's Rule 404(b) disclosures are due **January 2, 2026**.

**Motions *in limine*:**

1

- Any motions *in limine* are due **January 15, 2026**.

- Oppositions to any motions *in limine* are due **January 22, 2026**.

- Any replies in support of any motions *in limine* are due **January 29, 2026**.

**Other pretrial submissions:**

- The Government's production of 3500 material is due **February 5, 2026**.

- Requests to charge and proposed *voir dire* are due **February 9, 2026**.

- The Government's exhibit and witness lists are due **February 9, 2026**.

- The defense's exhibit and witness lists are due **February 10, 2026**.

- Disclosure of any visuals and slides that the parties plan to use during trial is due **February 17, 2026**.

**Conferences:** All conferences will take place in **Courtroom 1305** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

- The next status conference is scheduled for **November 24, 2025** at **11:00 a.m.**

- A pretrial conference, at which the Court expects to resolve motions *in limine*, is scheduled for **February 13, 2026** at **9:30 a.m.**

- The final pretrial conference is scheduled for **February 19, 2026** at **9:30 a.m.**

- The Court adjourns the conferences previously scheduled for November 10 and November 14, 2025.

SO ORDERED.

                                                      PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: October 20, 2025
       New York, New York