UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>EDWARD GENE SMITH,<br><br>                    Defendant. | 25-CR-004 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received an application from counsel to defendant Edward Gene Smith to withdraw on account of non-payment of fees.  Dkt. 127. The Court's trial schedule—and the need to identify a potential successor Criminal Justice Act (CJA) counsel who is free to take on the representation consistent with the February 23, 2026 trial date—does not permit the conference to be held until October 31, 2025, when current counsel is unavailable.  The conference will therefore be held the following week on a date to be set shortly.

For avoidance of doubt, under the circumstances, including existing counsel's failure to alert the Court to the possibility of such an application when the Court recently reset the trial schedule at defense counsels' request, existing counsel should NOT assume that the Court will grant the application to withdraw.  Existing counsel should continue to pursue the representation of Mr. Smith with full force and with all deadlines in effect.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 24, 2025
       New York, New York