UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25-CR-004 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

On October 24, 2025, the Court received an application from counsel to Edward Gene

Smith to withdraw from this representation on account of Smith's non-payment of fees.  Dkt.

127.  The Court hereby schedules a conference to address this application for **Friday, October

31, 2025** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley

Square, New York, N.Y.  Counsel initially stated that he was unavailable on this date, *see* Dkt.

128, but has since notified the Court that he is available.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 27, 2025
        New York, New York