# ELIZABETH KELLEY          ATTORNEY

October 28, 2025

Re: *United States v. Edward Gene Smith*
Dkt.: 25 Cr 4 (PAE)

Hon. Paul A. Engelmayer         <u>By ECF and EMAIL</u>
United States District Judge
Thurgood Marshall United States Courthouse
40 Centre Street
New York, New York 10007

Dear Judge Engelmayer:

    I, co-counsel for Edward Smith, move this Court to be relieved as counsel due to Mr. Smith's inability to pay for legal services already performed. I join Sam Braverman's motion to be relieved as counsel [Dkt. 127] and file this motion to withdraw, pursuant to Local Civil Rule 1.4. I have also attached an affidavit of facts within my knowledge, as well as information I believe to be true, supporting my application. As Mr. Braverman stated in his motion, we have received financial information from our client's wife and our client that he is unable to pay for legal services. Mr. Smith has been provided with a CJA-23 financial affidavit earlier this week, and this will be provided to the court as soon as Mr. Braverman receives it.

    I have served this motion and supporting papers on Mr. Smith by sending a copy by USPS mail. I have attached an affidavit of service with this filing as well.

    Mr. Braverman also informed the government of this application to withdraw on behalf of both of us, and at this time, the government has not taken a position on the application.

    I am available to appear at the hearing scheduled for October 31, 2025, at 10:30am in Courtroom 1305 of the Thurgood Marshall Courthouse.

    I thank the Court for its consideration of this request.

                                  Respectfully submitted,

                                  *s/ Elizabeth Kelley*
                                  Elizabeth Kelley Law
                                  Attorney for Defendant

2525 E. 29th Ave.      (509) 991-7058      5 Columbus Cir.
Ste. 10-B, #225      ZealousAdvocacy@aol.com      Ste. 710
Spokane, WA 99223      www.ElizabethKelleyLaw.com      New York, NY 10019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                    DKT 25 Cr 0004 (PAE)
    Plaintiff

v.                                          AFFIDAVIT

EDWARD GENE SMITH
    Defendant

---

  ELIZABETH KELLEY, Esq., an attorney admitted to practice before this Court *Pro Hac Vice*, affirms under penalty of perjury that the following is true:

1. I am one of the attorneys of record for the defendant, Edward Gene Smith, in the above captioned matter.

2. Robert Herz, Esq. was lead counsel, and I, along with Sam Braverman, were retained to support Mr. Herz. My role was to focus on mitigation.

3. On March 26, 2025, I filed my notice of appearance in this matter. [Dkt. 56]. My notice was not conditional or limited.

4. As explained in Mr. Braverman's affidavit attached to his motion to be relieved as counsel [Dkt. 127-1], Mr. Smith has been unable to pay for legal services already rendered and will be unable to pay for future legal services, and any further investigative services.

5. Through Mr. Braverman and me, Mr. Smith has been advised of his right to seek appointed counsel through the Criminal Justice Act. [Dkt. 127-1, ¶9].

6. If the Court relieves me, I, along with Mr. Braverman, will do everything we can to assist new counsel in the transition and will make all files immediately available.

7. I am currently owed at least $75,000.00, and I do not have any funds held in escrow for Mr. Smith.

8. Given the complexity to the trial and the expanded superseding indictment [Dkt. 105, 106], it would be hardship on my practice as a solo practitioner for me to try this matter without compensation.

Dated October 28, 2025
   New York, New York

> Respectfully submitted,
>
> *s/ Elizabeth Kelley*
> Elizabeth Kelley Law
> Attorney for Defendant

GRANTED for the reasons stated on the record at the October 31, 2025 conference. The Clerk of Court is respectfully directed to terminate Ms. Kelley from this case.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Date: November 19, 2025
New York, New York