UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

---

25-CR-004 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

**Potential Expert Disclosure by Dr. Laurie Sperry as to Count Four**

- Any defense disclosure as to Dr. Sperry is due **December 8, 2025.**
- Any motion to preclude by the Government is due **December 15, 2025.**
- Any opposition is due **December 19, 2025.**
- Any reply is due **December 23, 2025.**

**Revised Expert Disclosure by the Government**

- Any revised disclosure as to the Government's forensic technology expert, who was previously designated a rebuttal expert, is due **December 3, 2025.**
- Any motion to preclude by the defense, which is to be limited to new aspects of the disclosure, is due **December 12, 2025.**
- Any opposition is due **December 19, 2025.**
- Any reply is due **December 23, 2025.**

1

**Rule 16 Production**

- The Government's responsiveness review shall be completed no later than **December 22, 2025**. The Government shall make rolling productions or reports as to this review to the defense.

**Upcoming Conference**

- The Court schedules the next status conference for **December 22, 2025 at 12 p.m.** in **Courtroom 1305** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 24, 2025
       New York, New York