

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 1, 2025

**By ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *United States v. Edward Smith,*
     **S1 25 Cr. 4 (PAE)**

Dear Judge Engelmayer:

  The parties have met and conferred in the above-captioned matter over various scheduling requirements occasioned by the Court's November 26, 2025 Opinion and Order (Dkt. 147). The Government now respectfully writes, on behalf of both parties, to request an adjustment of certain deadlines regarding forthcoming expert disclosures.

  Under the Court's November 26 Order, the defendant may file a supplemental disclosure with respect to Mr. Fischbach—limited to the methodology he used to reach certain asserted conclusions regarding the defendant's devices—by December 5, 2025. The defendant has now requested, and the Government consents to, an extension of this deadline to December 8, 2025, to permit Mr. Fischbach, joined by defense counsel, to review certain materials at the FBI on December 5, 2025, and for defense counsel to have an additional business day following that review to submit the defendant's supplemental disclosure. If this defense request is granted, the Government requests that its opposition to that supplemental submission be due December 15, 2025, *i.e.*, one week later.

  If the Court were to so adjust the Government's and defendant's deadlines, the parties jointly request the following overall schedule regarding expert disclosures:

  For the Government's forensic expert(s):

- Any revised forensic expert notice (both case-in-chief and rebuttal) due December 15, 2025;
- Any motion to preclude by the defendant, which is to be limited to new aspects of the disclosure, due December 22, 2025;
- Any opposition due December 29, 2025; and

Honorable Paul A. Engelmayer
December 1, 2025
Page 2

- Any reply due January 5, 2026.

For Mr. Fischbach:

- Supplemental notice due December 8, 2025 (as described above);
- Any opposition by the Government due December 15, 2025 (as described above);
- Any response from the defendant due December 19, 2025; and
- Any reply from the Government due December 22, 2025.

Because the Government's ability to finalize its revised forensic expert notice(s) depends, in part, on the scope and substance of the defendant's forthcoming supplemental disclosure, the Government believes that it would be most efficient to align its deadline for the revised expert notice with its deadline for responding to the supplemental Fischbach disclosure. Doing so will allow the Government to determine what rebuttal expert testimony, if any, may be required in response to the limited Fischbach testimony the Court has conditionally allowed, and to incorporate any such rebuttal into a single, comprehensive expert submission on December 15, 2025.

By contrast, adhering to the current schedule would require the Government to submit its case-in-chief expert notice by December 3, and then submit a separate revised or supplemental rebuttal notice after reviewing the defendant's December 5 submission (which the defendant seeks to move to December 8). Consolidating both the Government's case-in-chief and any rebuttal expert disclosures into a single submission on December 15, 2025 would, in the Government's view, promote judicial efficiency, avoid duplicative submissions, and provide the parties and the Court with a complete and coherent account of the Government's anticipated expert testimony, thereby also permitting more efficient motion practice, if any. The defendant concurs.

Honorable Paul A. Engelmayer
December 1, 2025
Page 3

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   s/_____

Remy Grosbard
Rita Maxwell
Daniel C. Richenthal
Joseph Zabel
Assistant United States Attorneys
(212) 637-2446/2206/2413/1559

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: December 1, 2025
New York, New York