UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

                    Defendant.

25-CR-004 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defense counsel Samuel Braverman, Esq., reporting that defendant Edward Smith is seeking assignment of new CJA counsel. *See* Dkt 155. The Court hereby schedules a conference to take up this request, for **Friday, December 19, 2025**, at **2:30 p.m.**, in **Courtroom 1305** of the Thurgood Marshall United States Courthouse. The Court will identify a duty counsel from the CJA panel with availability to take on this representation on the current trial schedule, and arrange for that counsel to attend the conference. The Court's expectation is that, to assure continuity and preserve the current schedule, the Court would add a new counsel to Mr. Smith's defense team but not relieve Mr. Braverman. The Court has previously indicated that the case, given its nature, is suitable to the appointment of multiple attorneys.

For avoidance of doubt, all deadlines remain in place, and the conference scheduled for **Monday, December 22, 2025** also remains as scheduled. The Court directs Mr. Braverman, forthwith, to supply the Court with Mr. Smith's completed CJA-23 financial affidavit and state whether, or when, it was approved. If the affidavit still requires Court approval, Mr. Braverman is to confirm with Mr. Smith that the affidavit remains accurate; upon Mr. Smith's attestation at

the conference that it is accurate, the Court would expect to approve it at the December 19

conference.


        SO ORDERED.

                                                    _____
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: December 15, 2025
        New York, New York