UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25-CR-004 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the Government's December 16, 2025 letter, which has been filed on the docket in redacted form. Dkt. 158. Because the letter discusses the Government's ongoing investigation, the Government is authorized to file it *ex parte* and under seal.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: December 18, 2025
New York, New York