UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25-CR-004 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court revises the schedule as follows:

- Any opposition to the motion to preclude the testimony of Mr. Fischbach is due **December 23, 2025**.

- Any reply by the Government is due **January 6, 2026**.

- The next status conference, scheduled for **Monday, December 22, 2025**, is moved to **11 a.m.** that same day.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 19, 2025
New York, New York