UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25-CR-004 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at the December 19, 2025 conference, the Court

hereby appoints Ken Womble, Esq., as co-counsel in this matter, effective December 19, 2025.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 22, 2025
New York, New York