# ANDERSON KILL P.C.

Attorneys and Counselors at Law

7 TIMES SQUARE, 15ᵀᴴ FLOOR ■ NEW YORK, NY 10036
TEL: 212-278-1000 ■ FAX:  212-278-1733
www.AndersonKill.com

Samuel M. Braverman, Esq.
SBraverman@AndersonKill.com
Tel. 212-278-1008

November 14, 2025

Re:    *United States v. Edward Gene Smith*
Dkt.:   25 Cr 4 (PAE)

BY ECF and EMAIL
Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Centre Street
New York, New York 10007

Dear Judge Engelmayer:

I am counsel for Edward Smith, appointed by this Court to represent him under the Criminal Justice Act. I write to the Court to request the authorization to continue Mr. Jeffrey Fischbach as a forensic expert in this matter, but to compensate him going forward (from the date of my appointment) pursuant to the Criminal Justice Act.

Mr. Fischbach has spent scores of hours working on this case, since well before my first appearance in the matter. He has submitted his expert report pursuant to Fed. R. Crim. Pro. 16, and he is expected to be the primary defense expert witness at trial. Since Mr. Smith ran out of funds to pay for legal services and expert services on his case, Mr. Fischbach has not been compensated for any work on this case. Therefore, I request that I be allowed to retain Mr. Fischbach, at the presumptive rate set by the Second Circuit of $225/hour for expert computer forensic services. Mr. Fischbach would be required to comply with the requirements for experts under the Second Circuit rules for same regarding billing and invoicing for services.

Since this Court appointed me to represent Mr. Smith in an effort to keep the same trial date previously scheduled in this case (February 23, 2026), keeping Mr. Fischbach in the role of computer forensic expert for the defense is just as important to avoid needing a new expert, who would need to conduct new examinations of the Government's evidence and then produce a new expert report of his/her findings, thus delaying the trial. (I have attached Mr. Fischbach's resume to this request, which was previously given to the Government in Rule 16 disclosure.)

I thank the Court for its consideration of this request.

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Washington, DC ■ Stamford, CT ■ Los Angeles, CA ■ Denver, CO ■ Boston, MA

**Anderson Kill P.C.**

Page 2

Respectfully submitted,

*s/Sam Braverman*
Anderson Kill, P.C.
Attorneys for Defendant

Cc:    All parties (BY ECF)

**GRANTED,** effective November 18, 2025. The Clerk of Court is requested to terminate the motion at DKt. No. 138.

12/22/2025

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge