UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25-CR-004 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated at today's conference, the Court hereby schedules the next

conference in this case for **January 13, 2026** at **noon** in **Courtroom 1305** of the Thurgood

Marshall Courthouse, 40 Foley Square, New York, NY.

As stated on the record of the October 20, 2025 conference, Tr. at 54, time is excluded

until February 23, 2026.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 22, 2025
       New York, New York