UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>EDWARD GENE SMITH,<br><br>                           Defendant. | 25-CR-004 (PAE)<br><br>SCHEDULING ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following revised pretrial and trial schedule:

**Trial**:

- Trial is adjourned to **March 9, 2026** at **9:00 a.m.**

**Expert Disclosures**:

- The Government's case-in-chief sex trafficking expert disclosure is due **January 15, 2026**.

- The defense's sex trafficking expert disclosure, if any, is due **January 22, 2026**.

- The Government's sex trafficking expert rebuttal disclosure, if any, is due **January 27, 2026**.

**Rule 412 and Rule 413 Submissions**:

- The Government's Rule 413 notice is due **January 23, 2026**.

- The defense's Rule 412 motion, if any, is due **February 9, 2026**.

- The Government's response to any Rule 412 motion is due **February 16,**

1

2026.

**Motions *in limine*:**

- Motions *in limine*, including any motions related to sex trafficking experts, are due **January 29, 2026.**

- Oppositions to motions *in limine* are due **February 9, 2026.**

- Replies in support of motions *in limine* are due **February 13, 2026.**

**Other Pretrial Submissions:**

- Production of 3500 material is due **February 19, 2026.**

- The Government's exhibit and witness lists are due **February 23, 2026.**

- The defense's exhibit and witness lists are due **February 24, 2026.**

- Disclosure of any visuals and slides that the parties plan to use during trial is due **March 3, 2026.**

**Pretrial Conferences:**  All conferences will take place in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- The next conference in this case remains scheduled for **February 19, 2026** at **9:30 a.m.**

- A pretrial conference, at which the Court expects to resolve motions *in limine*, is scheduled for **February 26, 2026** at **9:30 a.m.**

- The final pretrial conference is scheduled for **March 2, 2026** at **9:30 a.m.**

**Jury Selection:**

- Jury selection is scheduled to begin on **March 3, 2026** at **9:30 a.m.** in **Courtroom 318** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

2

Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), to **March 9, 2026**.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 175.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 13, 2026
       New York, New York