

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 6, 2026

**By ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *United States v. Edward Smith*,
             S2 25 Cr. 4 (PAE)

Dear Judge Engelmayer:

      The Government respectfully writes in the above-captioned matter, with the defendant's consent, to request that the defendant's sentencing be adjourned from May 5, 2026 at 10:00 a.m. to May 7, 2026 at 11:00 a.m. (a date and time that, based on correspondence with the Court's deputy, the parties understand to be available for the Court). The reason for this requested adjournment is that Victim-1 is unable to attend the scheduled May 5 sentencing in person due to international travel, and the Government requests that the sentencing be held on May 7 in order to allow her to attend the defendant's sentencing. *See* 18 U.S.C. § 3771(a)(4) (victims have "[t]he right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding"). The Government further respectfully requests that, if the sentencing is adjourned, the Court re-set corresponding dates for the submission of the parties' sentencing submissions.

Honorable Paul A. Engelmayer
March 6, 2026
Page 2

                                                Respectfully submitted,

                                                JAY CLAYTON
                                                United States Attorney for the
                                                Southern District of New York

By:    <u>s/          </u>
        Remy Grosbard
        Rita Maxwell
        Daniel C. Richenthal
        Joseph Zabel
        Assistant United States Attorneys
        (212) 637-2446/2206/2109/1559

cc:       Counsel of Record (by ECF)