UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25-CR-004 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at the conference held on March 24, 2026, the Court

appoints Donna R. Newman, Esq., as shadow counsel to advise the defendant on a potential

motion to withdraw his guilty plea.  The appointment is *nunc pro tunc* to March 23, 2026.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 26, 2026
       New York, New York