UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25-CR-004 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at yesterday's conference, the Court relieves Ken Womble, Esq. of his representation of defendant Edward Gene Smith. The Court appoints Donna Newman, Esq., as CJA counsel, to represent Smith alongside Samuel Braverman, Esq., who remains assigned to this case.

The Clerk of Court is respectfully directed to terminate Mr. Womble from this action.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 14, 2026
        New York, New York