UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25-CR-004 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at yesterday's conference, the Court directs the following.

The Court schedules a *Curcio* hearing, related to Mr. Braverman's continued representation of defendant Edward Gene Smith, for **Tuesday, April 21, 2026**, at **9:30 a.m.**

- The Government is directed to file a proposed *Curcio* inquiry by **April 15, 2026**.

The sentencing in this case is adjourned to **Thursday, June 18, 2026**, at **9:30 a.m.**

- The defense sentencing submission is due two weeks before sentencing, on **June 4, 2026**.

- The Government's sentencing submission is due one week before sentencing, on **June 11, 2026**.

Both proceedings will take place in Courtroom 1305 of the Thurgood Marshall United State Courthouse, 40 Foley Square, New York, New York 10007.

2

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 14, 2026
      New York, New York