UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

UNITED STATES OF AMERICA

        -v-

EDWARD GENE SMITH,

               Defendant(s).

------------------------------------------------------------------------X

25-CR-004 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby relieves Samuel Braverman, Esq., as co-counsel to defendant Edward Gene Smith.

It is hereby ORDERED that sentencing in this matter, presently scheduled for **June 18, 2026**, is ADJOURNED to **July 16, 2026**, at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. This date will not be further adjourned.

The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at http://nysd.uscourts.gov/judge/Engelmayer) for sentencing-related procedures and practices. Consistent with the Court's Rules, the defendant's sentencing submission shall be served two weeks in advance of the date set for sentencing. The Government's sentencing submission shall be served one week in advance of the date set for sentencing. The parties should provide the Court with one courtesy hard copy of each submission when it is served. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

1

SO ORDERED.

Dated: April 21, 2026
     New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge