UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25 Cr. 4 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defense counsel, appropriately filed *ex parte*, seeking reconsideration of yesterday's Order, which directed the defense to identify any expert(s) whose report(s) it intends to submit in connection with the upcoming sentencing of defendant Edward Gene Smith. Dkt. 219. The Court, upon review, agrees that clarification of that Order is warranted.

The Court does not require that defense counsel disclose its expert(s) now. The Court instead directs the defense to make that disclosure in good faith once it has committed to submitting the report of an expert, so as minimize the likelihood that the Government will be obliged to seek an adjournment of sentencing, which is scheduled for July 16, 2026.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 219.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: June 11, 2026
New York, New York