LAW OFFICES OF

## DONNA R. NEWMAN
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

June 29, 2026

**Via ECF and Email**
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Edward Gene Smith, 25-Cr-004 (PAE)

Dear Judge Engelmayer:

On June 11, 2026, Your Honor Ordered the Defense to notify the Government of any expert upon whose report the Defense will rely in its sentencing submission. See Dkt. #220 & Dkt. #219 (Counsel's redacted Letter Motion seeking reconsideration of Court's Order for early disclosure of Defense Expert) & Dkt. #217 (Government letter motion seeking early disclosure in the interest of fairness and to avoid sentencing delay). The Defense filed that letter today. Dkt. #224. The Defense's sentencing memorandum is due on Thursday, July 2.

In the interest of fairness and to avoid any delay in Mr. Smith's sentencing, which is scheduled for July 16th, I respectfully request that the Court order the Government to submit their sentencing submission two days earlier than now scheduled-i.e. is on July 7th as opposed to July 9th.  This extra time will permit the Defense to timely file a reply, if necessary, for the Court's consideration before the sentencing hearing.

The Government has had over a year and half to prepare for this case, has a team of four attorneys prosecuting the matter, and has had the assistance of a team of investigators and FBI Special Agents. The Defense has two attorneys and was appointed on April 14-less than three months from the date the Defense sentencing submission is due-i.e., July 2nd.  Therefore, affording the Defense a short, additional time for a reply is fair and equitable under any rubric of justice.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA Remy Grosbard

AUSA Rita Maxwell
AUSA Joseph Zabel
AUSA Daniel C. Richenthal
Clara Kalhous, Esq.

**DENIED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 225.

6/30/2026

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge