**LAW OFFICES OF**
## DONNA R. NEWMAN
**ATTORNEY AT LAW**
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

June 30, 2026

**Via ECF and Email**
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Edward Gene Smith, 25-Cr-004 (PAE)

Dear Judge Engelmayer:

Please accept this letter opposing the Government's request to file a scheduling letter on July 6, 2026, with the right at that time to seek additional time to file their sentencing memorandum later than the currently scheduled due date of July 9, 2026. The Court set a firm schedule and the Defense has been working around the clock to meet the deadline imposed. Mr. Smith is anticipating a sentencing hearing on July 16, and it would be inappropriate to delay it.

The Government grounds its request in the fact that the Defense disclosed its intention to submit a report by Dr. Jonathan DeRight, PhD, ABPP-CN, on June 29, 2026, providing an analysis of Mr. Smith's Autism Spectrum Disorder and its effect on his offense conduct. But this disclosure – which was ordered by the Court and complied fully with the Court's instruction on timing and scope of disclosure – is not grounds for any adjournment of any dates already set. For clarity, the Defense did not delay its disclosing its expert. It was only after receipt of our expert's draft report that we were able to determine that we would submit the report with our sentencing submission.

It is important to remember that from the newly appointed defense counsels point of view, the sentencing submission schedule was condensed but we have directed all our efforts to comply. The Court made it perfectly clear, in granting the defense until July 2nd to submit its sentencing submission that a request for an adjournment of the sentencing would not be entertained. The undersigned has submitted expert reports in many many cases, and never has the Government been given advance notice of either the expert's name or a summary of the expert's findings. Never has the Government sought additional time because the defense relied upon an expert in

seeking mitigation. Here there is absolutely no reason for the Government's unorthodox request and the Government has not a legitimate basis for a delay for their submission.

The Court's schedule, set back in April, is in accord with its local rule. The Government is well aware of more than 95% of the material on which Dr. DeRight's report is based. See Dkt. #100.. Mr. Smith's ASD diagnosis is not a secret and the Government should have easily anticipated that it would form part of the Defense's sentencing submission.

Moreover, any argument that the Government suggestion that it will need more time to challenge Dr. DeRight's credentials or his findings would be inappropriate. Title 18 U.S.C. § 3661 does not limit the information that may be considered by the Court in sentencing. The Court will have sufficient information about Dr. DeRight, including his CV and experience, to appropriately weigh his findings.

For these reasons, the Court should deny the Government's request to file a letter on July 6 regarding scheduling.

Respectfully,
/s/
Donna R. Newman
Cc: All counsel of record

The Court has set a sentencing date and a schedule with respect to sentencing submissions that it intends to maintain. The Court does not preclude the Government from filing a letter on July 6 seeking an extension of the July 9 deadline for its sentencing submission, but such an application is unlikely to be granted. Unless and until the Court has granted an extension, the Government should treat the July 9 deadline as firm and prepare accordingly. The Clerk of Court is requested to terminate the motion at Dkt. No. 228.

7/1/2026

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge