# <u>Exhibits C through H</u>

## Filed Under Seal