**From:** Cindy Knobelman <cindy.knobelman@gmail.com>
  **To:** Perverted Christian Master <PervertedChristianMaster@ ████████ >
  **Cc:** CindyKnobelman@rock.com
**Subject:** Re: Glad you wrote back! :-)
  **Date:** Sat, 28 May 2005 17:26:58 -0400

---

Dear Perverted,

I spent a lot of time thinking about all this last night. I decided
it's in my best interest to fully explore what's in side me and come
to grips with it. And not to keep them bottled up as I've done so many
times before. SO I'm glad to have you as a patient chat partner to
discuss things with. Now I'm finally glad I put up my CL post :)

Thank you for taking the time and energy to write me. I know you must
be very busy and I appreciate it. I'm taking deep breaths as I write
this because I'm going to just let it all out for the first time and
I'm nervous and anxious. I hope this doesn't put you off because
there's really no one else I could ever say these things to.

My experiences with my cousins (2 of them - both male) were more of
the curious teenager type. Or pre-teen I should say because I started
when I was about 12. They had a lot of land around their house and for
a couple of summers my parents used to go visit their parents, and I
would go out back with "the boys". At first it was purely innocent,
we'd run around through the trees and chase each other. Then they
started to do things when they caught me like feel me up. It all
progressed to them taking my shorts off (strange they never took my
shirt off, only my pants or skirt and panties). I made a lot of noise
trying to fight them off and protest and would usually get away after
a minute or so. It annoyed me but I didn't think it was a big deal.
However one time after they had gotten me naked from the waist down,
they were able to keep me down and one of them put his finger in my
butt. I can still remember just freezing up and I stopped struggling,
I think because it reminded me about what my brother used to do. I
gave in and let them do what they wanted, mostly sticking their
fingers and other things in me. AFter that, we would all go out back
together when our parents were busy and just mutually play with each
other - I'd play with their cocks and suck on them and they would feel
me and finger me, sometimes in my vagina but mostly in my butt which I
think contributed to my current anal fetish. We never actually had sex
however and when my parents stopped going over there so much, we
stopped fooling around. We never talked about it and never made it out
to be a big deal. I never found it particularly pleasureable but I was
curious about sex and always eager to go "out back" with them. And no,
they never knew anything about what happened between me and my brother
(my brother had moved away by then) which I'll describe next.

(another deep breath)

Like I said, my brother was ten years older so he was always like

USAO_E_0122999
USAO_ER_0295191

having another parent in the house. We were always close and as my dad was often away for work, my mom and brother were usually the ones taking me to the playground, shopping for toys, etc when I was little. So he was like my other dad. We would play together sometimes - I remember him trying to teach me how to wrestle when I must have been 6 or 7, saying how I would need to know how to defend myself when I was older and the boys go too frisky with me. (Of course I didn't quite know what I was talking about!) So it was quite natural for us to play around physically. But the sexual stuff didn't start until I was 8 and we were playing one of our games of truth or dare. I can't remember exactly how it started but he must have dared me to show my privates. Nudity wasn't that big a deal in our house - I would often walk from the bathroom to my room naked after the shower, so occasionally we would get glimpses of each other naked. But it was no biggie. Anyway somehow the game over time progressed into him teaching me all sorts of things about my body and about sex. Because it was so long ago I don't remember every little detail but a lot of things stand out. He would usually lay be on my back on the bed, making sure I was comfortable, then begin doing things like licking me while telling me what he was doing. I remember being amused a lot of the time because so many of the sensations were new, but I was always interested. When the penetration started I think it felt a lot different, like being "open" and vulnerable but pleasant. I remember always smiling at my brother when he was done and going about the rest of the day on a bit of a "high". It was only much later that I learned that this activity would have gotten him thrown in jail if others had knew and that revelation was very confusing because I had enjoyed what we had done so much. Anyway back to what we did together. Like I said I don't remember everything, but I can remember sucking his cock a lot and learning to take it as deep as I could, him licking me, fucking me, turning me over on my stomach and fucking me anally. I think I always laughed when he licked me anally because I thought it was so funny, but now I think that started my anal fixation. But there were more perverted things we did which make me feel a little strange to remember but certainly were fun at the time. When my parents were out of the house, he would lift me off the toilet sometimes, lay be on the bed on my back and tell me to keep going to the bathroom. (I'm shaking a little as I write this - it's not easy!) I would do as he said and he seemed to really enjoy it, although there would be a big mess on the bed to clean up. He would usually take me anally this way when I was finished. It all seemed so interesting and silly at the time, but also like I could be fully open to him. He was like my other self, and there was nothing I could do in front of him that I would be ashamed of. Of course I haven't found anything close to that type of relationship since and they probably don't exist (well maybe you and Rose have that). Anyway my brother and I have remained very close although I don't see him much as he lives in a different city.

To answer some of your questions, my cousins were 14 and 16 when we messed around. THey were not aware of what had gone on with my brother. I would never do anything with them again - it was a childhood thing and it's over. My brother is a different story, and I have no idea how I'd react if he asked me to do something sexual again. He hasn't ever since I was little.

USAO_E_0123000

USAO_ER_0295192

My cousins and I were never all that "close" (except for the physical stuff) and when I see one of them occasionally we're polite but don't really talk about much personal stuff. To be honest I don't think our sexual encounters changed our relationship much at all. That probably sounds a little strange. My parents never knew a thing about either my brother or cousins, and no I've never told anyone what I just told you. (which is why it's taken me so long to get up the courage to write this!) I do get turned on thinking about being back in bed with my brother, him teaching me things and doing things to me sexually. I have to admit I became aroused when reading about what ███ has done as it reminds me of my experiences. Part of me can't believe I just said that as we are taught so strongly that being aroused either as kids or about kids is wrong. But I guess my experiences screwed me up in the head so that I can't help it. My brother is still a very strong loving and fatherly presense, even over the distance.

I have to go now - it has taken me far too long to type out these words that I've never shared before. I do think this is helping me and I feel a bit like I'm in "learning mode" when I hear from you, like I was with my brother. I don't feel guilty at all when I read what you write, although it returns when I leave my computer. But in time I hope that will lessen. I would love to hear all the details of your experiences with ███ and ███ I also have many questions for you which I will have to ask another time. Thank you again for taking the time to listen and I hope you have a great weekend.
-C.

p.s. I also took your advice and created an email account at Rock.com. I copied the address in the cc: line. You can email me there from now on.

On 5/27/05, Perverted Christian Master
<PervertedChristianMaster@███████████ wrote:
> Cindy,
>
>
>
> It is my honor, privilege, and pleasure to listen; indeed, I am humbled by your trust, even through we each are anonymous to the otherâ€¦
>
>
>
> I could not have said it better myself: "a feeling of complete surrender but in a good way"... Literally feeling that you can place your life completely in their hands without reservation; experience anything you want with them without boundaries; literally open up your mind, heart, body, and soul completely; to be so vulnerable and open, yet so at peace; trusting them to do anything and everything that they want, knowing that they are always making decisions in your best interestâ€¦ Those are among the by-products, I think, of unconditional love, which results in the greatest intimacy. During one's formative years â€" as a child â€" their best chance for learning a positive framework for unconditional love and the resulting greatest intimacy is with their family. Although, for a little girl, I would consider the greatest chance for this to be through their Father, I can understand how you could have also experienced this through your brother, given your 10 year age difference (it's relatively rare for two siblings with such an age gap still both living within their parent's household, after all)â€¦.
>

USAO_E_0123001
USAO_ER_0295193

>

>

>█████ is presently 6 years old. However, somehow â€" and we don't know exactly how â€" she has acquired sexual knowledge beyond her years. I'll go into details later if you wish, but suffice it to say for the moment that among the things that she has done is: play sensually with █████breasts (40 D's, and they're quite pendulous â€" both while fully clothed and while bathing together); rub my cock (average size) under my pants; bounce up and down more vigorously on my cock after discovering that it was hard while playing "horsie" (both of us fully clothed); flash her genitalia to me (unsolicited, while on our couch), then asking to see mine; grind her vagina against the back of my neck as I held her on my shoulders [both while I was sitting on the couch, with her hitting atop the back, and while carrying her around the house on my shoulders ("shoulder ride")], grind her butt against my cock after she accidentally bumped up against it as she rode on my knee, and discovered that my cock was hard ("horsie ride"). I neither encouraged nor initiated any of this â€" she did it all without my prompting, cajoling, etc. I only protested on one occasion â€" when she showed me her vagina while we were sitting on the couch in the living room, with a full house â€" and that was because of the full houseâ€¦ However, I did tell her mother █████in detail what had happened (and █████had told her of█████experiences with her), and unfortunately,█████came down on █████hard on all of it collectively, and█████was not as aggressive with either me or█████afterwards. In retrospect, I regret thatâ€¦ However, recent events have indicated that█████has opened up again â€" at least to█████â€" and she has expressed great interest in living with us as our daughter, if the circumstance arose. More on both the above historical "events", as well as what most recently happened with █████ (i.e., all the "racy, sexy stuff"), only if you askâ€¦ (grins â€" I like to know that others like my writing â€" that it's appreciated...)

>

>

>

> A bit more on us: I'm 32, and █████ is 48. We've been married for a bit less than 3 years now. We met on Yahoo, in a chatroom and/or Group/ Mailing list (can't remember exactly which it wasâ€¦) related to BDSM, D/s (Dominance/Submission), and Domestic Discipline (DD). As I mentioned before, I'm a Dominant Daddy type, with a wise, paternalistic demeanor and proverbial "old soul"; she's quite the firebrand, although ultimately profoundly submissive as few others are (she's not the "spritely" type â€" let me know if you know the difference). Therefore, she and I found ourselves more compatible than one would otherwise think, at first. Admittedly, our age difference has been more of an issue than I originally thought, as she is not working as hard as I would like on fighting the aging process: she's not as active as I would like, and she has yet to kick some pre-marriage habits which I detest (like smokingâ€¦). However, to be fair, she accuses me of the same, as I have not done my best to keep in the best of physical shape (like many guys, I've been sufficiently complacent to result in "gaining weight and login hair" since I hit 30â€¦), and I brought along some of my own habitual baggage, also. But marriage is all about loving one another in spite of such faults, which trying to lovingly encourage the other to improve, while also being somewhat understanding (except where tough love is involved)â€¦

>

>

>

> Our relationship has been quite tumultuous, but this has been mostly my fault, for reasons I'll only go into later if you ask... One of the things which almost lead to our breakup was the fact that I had not made her aware of some of my more extreme interests until after we got married, and some of those interests almost came between the two of us. However, we have stayed together, and our relationship is (arguably) better than ever at the moment (although there's always some tumult to it â€" I've never heard of a strong marriage between two passionate people that didn'tâ€¦).

>

>

>

> Like all good Dominants should, over time, I have guided ("corrupted"? LOL!) her thinking to the point where her desires and mine are in very close alignment. Indeed, her passion and desire for my more extreme interests have progressed to the point of her wanting to progress towards my goals more quickly than even I do in some cases: she's now wanting to make changes to our lifestyle in the short term towards the goal of making some of

USAO_E_0123002
USAO_ER_0295194

my dreams/ desires a reality. Sometimes, too quickly, as she's been "swinging for the fences" on some occasions. An example: she wanted to sell our house and buy a quite expensive estate that, although capable of accommodating my intents, dreams, and desires for my future household and all who live in it, is way beyond my current financial capability... That being said, it is nice to be in the situation where you're trying to reign your spouse in regarding achieving what you want more quickly (and at greater risk), rather than trying to get a reluctant spouse to agree or cooperateâ€¦ This is especially true because I have some other interests that are equally deviant/perverted as incest, and it the exceptionally rarest of women who would be both so submissive, and so corruptible, as to go along with *all* of themâ€¦

>

>

>

> Now, if you do not mind, a few questions for you. I'll start with the non-racy onesâ€¦

>

>

>

> 1) What age were your cousins at the time that your encounters with them took place?

>

> 2) Were your cousins aware of your activities with your brother some years before?

>

> 3) Is your brother aware of what you did with your cousins?

>

> 4) Have you considered doing anything with them (cousins or brother) now or in the future?

>

> 5) How would you describe your relationships with your brother and cousins now? Closer? More distant?

>

> 6) Did your parents ever become aware of your encounters with your brother and/or cousins? If so, how did they react? Did their behavior toward you change?

>

> 7) Have you ever shared your past in this regard with anyone that you've been in a serious relationship with as an adult?

>

> 8) Do you find that the thought of family sexual relationships (either real-life, or exploring/ indulging in them as either therapy or fantasy) turn you on moreso, generally speaking, than "vanilla" sexual relationships (i.e., one where such things were not an element)?

>

> 9) Do you still consider your brother a father figure in your life, either up-close (in practice), at a distance (in practice), or as only a desire/fantasy?

>

>

>

> There's more where that came from â€" but I'll ask the racy ones laterâ€¦ (smiles) And I'm sure that I'll have follow-up questions in response to your following reply, as well...

>

>

>

> I very much appreciate your taking the time to read my prose, also: it's quite exciting and, to be honest, a turn-on, to be able to share this with someone without fear of reprisal, revelation, or worse. Feel free to ask me anything and everything â€" I'm far more open and self-revelatory than my wife would like... Regardless, I very much look forward to our future conversationsâ€¦ (smiles)

>

>

>

> I have a "technical P.S." at bottom which is a bit of an asideâ€¦ Please read if you have the timeâ€¦

>

USAO_E_0123003
USAO_ER_0295195

>
>
> I look forward to your reply. All the best, and enjoy your holiday weekendâ€¦
>
>
>
> - Perverted
>
>
>
> P.S. My sincerest of apologies if you consider me a bit "paranoid" as a result of the following, but please note that I offer the following as a "friendly word to the wise"â€¦ In the future, and given the sensitivity of these types of discussions, I would dissuade you from using GMail for such sensitive discussions, as Google has a "spider robot" that searches your e-mailbox for purposes of delivering targeted advertising to you, based upon your personal interests, as documented via your inbound/ outbound e-mail correspondence. For this to work, Google stores both your identifying information and applicable keywords/phrases in all of your e-mail, in its in-house databases. Although their official purpose and intent are both noble, keep in mind that, under several laws, including the U.S. Patriot Act, all U.S.-based Internet Service Providers (ISPs - including Google) are required to provide to any authoritative Governmental agency (local, state, or federal) any information the ISP (Google) has on-file, that satisfies that government agencies request (after proper warrants, etc have been issued). And the government does not necessarily need to know the specific accounts of those they wish information for, or otherwise limit the scope of their request: they can request all general information the ISP has with specific items in common (i.e., everyone in your database whose keywords are "terrorism", "bombing", etc.), and legal history has shown that agencies have requested all customer browsing/usage information from ISPs before regarding topics apart from terrorism (it was used in the last six months to bring down an international porn ring, for example).
>
>
>
> If you're interested in staying as safe as possible, note that the key is to select a free internet service that does not actively search through your e-mail, and store such results internally â€" at least, to the best of our knowledge. After all, if an ISP does not have such information in their files (as a result of searching), they cannot provide such detailed information to anyone upon (legal) request. Also, simply due to matters of scale, the larger free e-mail services have likely worked with the government before, whereas the medium-to-smaller ones likely have not. Thus, you are likely safer to not use the two biggies out there (Yahoo and Hotmail).
>
>
>
> So perhaps you may want to consider one of the second tier free e-mail providers, such as Rock.Com, which does not use search spiders (they use opt-in advertising). Just a word to the wiseâ€¦
>
>
>
>
>

USAO_E_0123004
USAO_ER_0295196