**From:** Cindy Knobelman <cindy.knobelman@gmail.com>
**To:** ███████████████ <███████████████>
**Subject:** Re: ███
**Date:** Thu, 26 May 2005 18:00:18 -0400

———————————————————————————————————————————————

███hank you for sharing your story and I really do want to hear more but I'm also really conflicted. What youre saying brings up very powerful memories and emotions that I've tried to shut off for many years but at the same time, I feel like I can't deny them to myself. My brother who I had sexual relations with was also older, kinda like another parent.And the way we got started also began with us getting quick glances at each other here and there. I knew what I was doing then was wrong (even though I was very young - younger than your daughter) and I felt guilty, and I really know it's wrong now and I feel even more guilty, but the craziest part is that I've never had more comforting, loving and pleasurable sex than I did when he was "teaching" me. I felt so vulnerable yet so protected. Nothing i've ever done since when I was older and having "normal" sex has even come close. And because I enjoyed it I feel really guilty. And it's not helping that what you told me about you and your daughter started my imagination working and I got turned on. and I want to hear mroe. I feel even MORE guilty about that. I don't know if any of this is making sense. Part of me thinks I shouldn't deny my feelings even if everyone says their wrong and part of me just wants to shut them out. Anyway, I want our chats to help me, not make me feel worse so I'm conflicted.

I got a lot of creepy responses from guys to my ad but yours and one other guy's seemed authentic and real, so I responded. I feel like now's the right time for me to explore these feelings and face them head on, so if you want to talk more, I think it would be good for me. YOu can be assured that this is in the strictest secrecy as I would NEVER want anyone I knew to know about what I'm saying. I'm a white female btw, 5-4", thin.

On 5/26/05, ██████████████ <██████████████> wrote:
> Hi Cindy glad you answered my e-mail last night. I hope you are the only one who sees your e-mail. I am like you I would love to share my experiences with you and I AM FOR REAL.
>
> I dont know about you but when I speak with someone or write to someone I havent seen I try to visualize what they look like so I will describe myself, Im 6' -160lbs white male that lives in the metro area.
>
> THIS IS A TRUE STORY SO I TRUST YOU NOT TO TELL
>
> I have never told anyone about my sexual experiences and like you I feel some guilt but it was real enjoyable with my daughter. My wife at the time was a nurse and she worked third shift 11 PM to 7 AM so my daughter and i spent a lot of time together and she was very attractive, she was a cheerleader during her grade school years and when she was 14 she became a varsity cheerleader. But back to the story when she was about 13 she seemed to always come in my bedroom when I was changing clothes so I started to make sure she saw me nude and it really turned me on got me so excited.
>

USAO_E_0123021
USAO_ER_0295210

> There is more to this story if you want to know get back to me---Hope to hear from you soon
>
> █████
> MY e-mail is ████████████████████
>
>

████████████████

USAO_E_0123022
USAO_ER_0295211