**From:** "Craigslist Account" <newyorkfinancier@gmail.com>
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** Re:
**Date:** Tue, 6 May 2008 19:19:17 -0400

---

Miss ▮▮ - I'm afraid I scared you off a bit with some of my direct sex-related questioning in our last chat, so sorry for that. But we'll have to be comfortable talking about such things and more if we're to make this work down the road. Let's talk again soon. -e

On Mon, Apr 28, 2008 at 9:58 AM, Craigslist Account <newyorkfinancier@gmail.com> wrote:
I came across this model search service on the internet: http://www.modelscouts.com/teen_models.html  - you may have seen it already but it looked like something that could be useful for you

On 4/27/08, **Craigslist Account** <newyorkfinancier@gmail.com> wrote:
Well yes, you'll have to decide what route is best for you. But whatever you decide, presuming we continue to have mutual interest in the arrangement, I could easily provide you with sufficient funds for travel. Western union is an easy way. We'd have to meet first of course and spend a few days / nights together to ensure there's a good vibe and we're sufficiently compatible to live under the same roof (just like you'd do with any new "roommate"). That would probably be done most easily by me flying over to england and staying a few days. But first, you need to decide what's best. Another thing you might want to research is the visa for nanny's / au-pairs (J1 visa?) or international exchange students. Perhaps you could claim to be staying with a "host family".

On 4/26/08 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
>
> i've no idea what to do to be honest, whatever i choose im going to have to
> get my parents signature or forge it myself but then there is the problem of
> raising enough money to actually get over into america.
>
>
> Date: Fri, 25 Apr 2008 07:52:25 -0400From: newyorkfinancier@gmail.comTo:

> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮Subject: Re:Mostly it means getting a signature

> on the right forms. But I read that for getting your student visa, you're
> generally required to have a short in-person interview at your local
> consulate office. And the modeling companies I looked at generally require
> you to bring at least one parent to the initial

> meeting.http://www.models-fashion-advice.com/Teenage.htmlWhat do you think

> is the best thing to do given your situation? Of course you can always just
> hop on a plane and come to the US as a visitor without a visa, but then you

USAO_E_1332453
USAO_ER_0620580

> have to return after 90 days.
> On 4/24/08, ████████████████████████ wrote:
>
> so most things i wouldnt be able to do without parental permision , does
> that mean just a signature  or  would the parents have to go to a meeting of
> some sorts  ███
>
>
> Date: Thu, 24 Apr 2008 01:14:00 -0400
> From: newyorkfinancier@gmail.comTo:████████████████████  Subject:
> Re:I looked into the visa issue a bit. It seems quite tricky to get legal
> status in the US actually, especially if you're underage. Here are the
> options I found:1) get signed up with an international modeling agency in
> UK, which requires parental permission at your age, and then ask employer to
> sponsor a US work visa, which also requires parent permission.2) apply for
> one of the New York fashion / art / photography high schools, which if
> accepted will allow you to get a student visa. Both the school application
> and student visa forms will require parent consent though.3) wait until
> you're 18, then apply on your own for a work visa (through your modeling
> agency) or a student visa (if you find a college here you want to apply to).
> Obviously you won't need any parental consent by then.4) just come here as a
> visitor (no visa required) and start fresh by completely making a new
> identity (it's tricky but possible)Would either of your parents sign a
> consent form for you to get signed as a model in the UK?What about the idea
> of you getting your parents' permission to come to the US for the summer
> only? It wouldn't be running away exactly, but it would allow you some
> breathing space and let you try your hand at short modeling gigs in NYC
> (assuming they signed a consent form before you left).-E
> On 4/23/08, ████████████████████████ > wrote:
>
> I turn 16 in ████████████ this year .My sister doesnt have the same
> problems she's like the star daughter and im just someone they expect me to
> be like.Im not  going to be forced to be somebody im not .I would have
> talked to my sister before but we really dont get on at all i find it hard
> at times to be in the same room as her .I would like to do fashion modelling
> .I cant do catwalk modelling because im simply not tall enough   i have
> already been approached by three modelling agencies  its just something i
> really want to do . another thing i wanted to know if i did come to america
> wouldnt i need a visa , i will get you a full body image of myself when you
> reply next time  ███
>
>
> Date: Tue, 22 Apr 2008 21:41:27 -0400
> From: newyorkfinancier@gmail.comTo:████████████████████  Subject:
> Re:
> Oh and the one other thing I failed to mention about the arrangement was
> that I was planning to offer a modest monthly stipend ($1000 perhaps) if the
> person was willing to take on a personal assistant role during our time
> together - including tasks such as keeping track of bills, scheduling
> grocery deliveries, etc. This might be an easy way for you to save up some
> money.
>
> On Tue, Apr 22, 2008 at 11:55 AM, Craigslist Account
> <newyorkfinancier@gmail.com> wrote:

USAO_E_1332454
USAO_ER_0620581

> Happy to answer your questions:1) I do travel a lot, mostly within the US
> but on occasion around the world. Sometimes I can be away for long stretches
> (2 weeks or so), but usually I'm home from between 2 and 5 days each week. I
> travel a lot on the weekends.2) This is one of those areas where your age
> complicates things. If you were over 18, you could get a job and your own
> place and just move out if things weren't working out. But since you're not,
> I'd basically be making a commitment to take care of you, financially at
> least, until you were 18, even if things didn't work out. In the worst case,
> I'd probably get you a place of your own in the city, and pay rent on it,
> even though we didn't see each other. This is one of those reasons why we
> should only proceed if we're both very sure, since it would be very hard for
> you to make it on your own being underage. When do you turn 16 by the way?3)
> You would certainly be allowed to go around the city by yourself when I'm
> gone, but I would want to know and approve where you went beforehand. This
> isn't because I want to be suffocating, but more for your safety. As you
> became more used to the city, we could relax the rules.You mentioned you
> have a sister. Does she not have the same problems at home? Have you talked
> with her about how she handles it? I'm just asking because I want to make
> sure you've exhausted all the ways of improving your home life before making
> the drastic step of leaving.Anyway, onto more lighter topics.. What type of
> modeling do you eventually want to do? Are there any celebrity models you'd
> like to emulate? Photography is one of my hobbies actually. I like to focus
> on portraits, poses, and outdoor naturescapes. My mother was a photographer
> who used old black and white film, and that's what probably got me turned
> onto the idea. (I used to have to sit in the darkroom and inhale those toxic
> chemicals as a kid) Your measurements sounded good for doing fashion or
> clothing modeling. Do you have any pics you could send which show your
> overall figure?
>
>
>
> On 4/22/08, █████████████████████████████████ > wrote:
>
>  i am glad you have taken into consideration the reasons why i would like to
> move, i understand your doubts in this situation.Therefore i believe that it
> is a good idea that we take it slow like you said and not make rash
> decisions because this isnt  something you should rush at all.If you dont
> mind id like to ask a few questions myself.1)do you travel all over the
>
> world and how long for at times?- not that it is a problem2)what if i did
>
> move in with you but a couple of years down the line  it wasnt working
> out?3) while you were away would you want me to  stay in the condo or would
> i be allowed round the city?    ████
>
>
> Date: Tue, 22 Apr 2008 04:31:28 -0400
> From: newyorkfinancier@gmail.comTo:██████████████████████Subject:
> Re:Honestly, I'm a bit torn here. Other than your age, you seem ideal for
> what I was looking for – someone with clear aspirations and in need of a
> fresh start. And since you want to model, New York would be a perfect place
> for you to start that. But on the other hand, I keep thinking about the
> problems and obstacles that would arise from your age which still give me
> much doubt. For one, I don't relish the thought of your parents and possibly

USAO_E_1332455
USAO_ER_0620582

> law enforcement out there trying to track you down. That was never a
> situation I thought of when I put the ad up. The only way I could imagine
> that would work is if you were truly willing to make a clean break from your
> home life, with minimal (and anonymized) contact with family and friends.
> Something only to do only after serious consideration of course.But all that
> aside, I have to admit being quite impressed with your maturity to seek such
> an adult arrangement. It has been a while since I put up the ad, and I have
> had several conversations with prospective partners, but none of the girls
> in the end kept my interest. I'm a bit picky as it turns out. But you seem
> quite sincere in knowing what you want, and also in being focused on
> attaining it. You're also quite pretty, which I can tell from the photos.To
> tell you a bit more about my motivations in all this, the arrangement
> appeals to two basic desires I have. One is to be a bit philanthropic, to
> give an opportunity to someone that she wouldn't have otherwise had. I made
> a lot of money in my twenties right after college (went to Harvard), and I
> would feel good in knowing that I can make a positive difference in someone
> else's life. Secondly, I've noticed that many women have little idea of how
> to reach their full sexual potential, even when they're well into their 20s
> and 30s. There are many aspects of a woman's sexual desires that it takes
> time to develop (unlike men, who tend to be more instant gratification), and
> it appeals to me to be a mentor in that respect. It's almost perfect with
> you being a virgin, since we can start at the beginning of everything, and
> slowly work up to various activities. Obviously, we'd need to have strong
> physical chemistry to make that part of it work.I suggest we continue
> talking for a while, not jump to any rash decisions, and see how we both
> feel. So far, I feel quite good about it, I have to say. If we decide this
> is right for both of us, then we can think about how to overcome the
> age-related obstacles.-E
> On 4/21/08, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ > wrote:
>
> Edward,          i understand why because of my age you may feel
> slightly hesistant.I can promise  you 100% that this is not just soemthing i
> have cooked up in my head over night, this is something i have been thinking
> about for a while.In my family im seen as different because everyone else is
> so set in their ways  and i like to speak my mind.Dont get me wrong i am
> good mannered and polite .My dad doesnt see me anymore  but he see's and
> talks to my sister  and makes no attempt to do that to me.My mum has a new
> boyfriend they are quite serious  and when he is here and i make an attempt
> to talk im always told to go to my room   even though my sister is allowed
> to stay in there.Basically i feel like an  out sider here .Recentley i
> applied to a well respected modelling agency and they sent me a letter in
> return saying they would like to offer me 3years managment ,this is
> something aswell as my education ofcourse that i really would like to do
> .But my mum told me to face reality and pull my head out of the clouds.Like
> i said before i feel that staying here in england i would  not be able to
> reach my full potential of which i know i am capabe of.At school i am in
> year ten, my grades  are  good they can range from b+ to some a's but mainly
> around the b's.I get a's in subjects where i can allow my creaivity to  flow
> ,for example textiles and art.Yes i do have a passport which i could get
> easily there is no problem there.Im 5ft 4  i weigh  6/7 stone , im 27inchs
> around my waist and   29inchs  around my hips  im a size 34c in a bra.So far
> i havent had sex with a guy ive only given him a blow job  and made out
> obviously.Later on in life i would like to  pursue my interest in
> photography or  being a make-up artist which i find equally as intersting.As

USAO_E_1332456
USAO_ER_0620583

> you may remeber  you  asked earlier on if  my parents would come looking for
> me when i had gone .Yes they would like any other parent but that's where
> the beauty of hair dye and make-up and fake tan comes in . I hope to here
> back from you soon    ███
>
>
> Date: Sun, 20 Apr 2008 22:12:47 -0400From: newyorkfinancier@gmail.comTo:

> ██████████████████    Subject: Re:███    - I'm glad you're interested

> in my offer, but I must admit I'm quite hesitant to discuss any of this with
> you because of your young age. Before going much further, I will need to be
> convinced that you are serious about this and need to know as much as
> possible about your home situation. For starters, why do you want to leave
> home? (you said your family life isn't great - please tell me more about
> that) And secondly, even if you do have a valid reason for wanting to run
> away, what would your parents do? I can't imagine they would just let you
> leave. If you plan to leave without them knowing, wouldn't they come looking
> for you?In any event, I'll wait to hear you tell me more about your home
> life. But in the meantime, I will at least describe the arrangement in a bit
> more detail, and if we get to know each other and feel a good vibe, perhaps
> we could make it work out..I'm a 32yo finance professional, fit and
> good-looking (I'll send a pic once I hear back from you), well-educated. In
> the arrangement, you would have your own bedroom in my upscale condo in the
> heart of Manhattan. I travel often so you would have to apartment to
> yourself a lot. You would have plenty of free time to pursue your interests
> or classes (although your young age would make it difficult to enroll in the
> usual adult-type classes) You would also have all your expenses taken care
> of.. food, shopping, clothing, etc. and wouldn't have to worry about having
> a job. In return, I would expect two things from you primarily: 1) for you
> to use your time in NY to be serious about improving yourself - eg, pursuing
> studies or learning more about a career field; 2) your complete obedience,
> both in and out of the bedroom. You would also be expected to fulfill light
> housekeeping duties.As I mentioned in the ad, I would want to use the time
> we had together to expand your sexual horizons. I might do this by working
> with you on specific bedroom skills (eg, deep throating) for a period of
> time. I would expect that you would always try your best to improve in
> whatever I wanted to teach you. I can go into more detail about all this
> once we start talking.Besides telling me more about your home life, please
> answer the following questions for me:1) What year are you in school? How
> are your grades?2) Do you have a passport for traveling? (it looks like

> you're in the UK)3) Tell me your height / weight / measurements4) Describe
> whatever sexual experience you've had thus far5) What types of things do you

> eventually want to do with your life, career, etc?The picture you sent me is
> quite nice, and I would be happy to see more. -Edward
> On 4/20/08, ████████████████████████ > wrote:
>
> Hi,  After reading your add.I would like to think that  i may be that
> certain person you are looking for.My name is ████████    im 15 ,dark
> blonde hair,petite,blue/grey eyes.I have enclosed a black and white image of
> my self as it is the only one but if you are interested please email  me
> back and i can get you another picture.My family life isnt great and i

USAO_E_1332457
USAO_ER_0620584

> believe that i could  give  my full potential somewhere else i believe i f i
> was given the chance with you i could prove this not only to  myself but to
> you .By making your choice in picking me  not to be re-considered , please
> email back as soon as possible
>           █████
>
> News, Sports, Entertainment and Weather on your mobile. Text MSN to 63463
> Now.
>
> A prize an hour, 24 hours a day. Try Big Snap now!
>
> Messenger's gone Mobile! Get it now!
>
> Get fish-slapping on Messenger Play Now!
>
>
> Messenger's gone Mobile! Get it now!

> _____
> 100's of prizes to be won at BigSnapSearch.com
> http://www.bigsnapsearch.com

USAO_E_1332458
USAO_ER_0620585