# Exhibits L and M

## Filed Under Seal