Date:    07/06/2026                          Federal Bureau of Prisons                    Facility: BRO
Time:    12:10 PM                                  TRULINCS
                                                   **Message**
                                          Sensitive But Unclassified

## Message

FROM: 35053511 SMITH, EDWWARD
TO: "L███ S██████" ███████████████████
SUBJECT: RE: RE: ps
DATE: 06/14/2026 06:20 PM

Very very happy about the Shutterfly :))) Aside from always wanting more of you in 2-dimensional form, this will help me suffer through the long ████ visit drought.

I asked the counselor about switching the timeslots on Friday. When I started to explain why, she abruptly cut me off and said she didn't give a rat's ass. Which made me worry. Then she said it would be perfectly fine. Which made me happy. However, she was apparently too lazy to enter the switch into the computer right then; she said to remind her on Tuesday. So now I'm reminding you, to remind me, to remind her, that she wanted reminding. If you forget, no worries - I'll send a reminder.

Glad to hear ████ has such a good French teacher. It's so sad that I'm not out there to practice with her. My French is about at a 5-year-old level so we'd be a good pair.

As to why I had two sports cars (in addition to the trusty Honda Civics, Betsy and Betsy II), I originally just wanted Shelby. But then I needed another one after I crashed him on the racetrack (life lesson: don't slam on the gas with 760 horsepower coming out of a hairpin turn at 90mph in the pouring rain). And then Porschie was so perfectly balanced and nimble, she became my other favorite child. She saved my life more than once by refusing to obey the laws of physics when I did something stupid. Shelby finally got fixed but I never took him back to the track - he told me it gave him nightmares. I hope they both got adopted by nice families who feed them 100 octane fuel for lunch.

Please keep an open mind on my creative definition of "gift". I can't bring you anything into the VR, I can't buy or order you anything, and I don't have any money. But where there's a will there's a way :)

Here are the WU instructions again (they were in the email where I described the near-fight with the bully): Western Union Quick Collect: Go to an agent, westernunion.com, or call 202-307-2712, option 2. Provide 1) inmate eight digit register number (no spaces or dashes) followed immediately by inmate's last name, 2) Committed inmate Full Name entered on Attention line {use the "EDWWARD" spelling}, 3) Code City: FBOP, DC. My register number is 35053-511 (but remove the dash).

How go the chores and packing? Don't forget snowshoes for those grueling hikes through the Siberian tundra.

Looking forward to more close-up sniffing on Wed. And to the day we can experience each other with all six senses simultaneously (including mind-reading).

Love you in 1-, 2-, 3- and 4-dimensional form,
-Edwwwwwwwward

Date:     07/06/2026                                                                                          Facility: BRO
Time:          12:10 PM

## Federal Bureau of Prisons
## TRULINCS
## Message
## Sensitive But Unclassified

| **Message** |
| --- |

FROM: 35053511 SMITH, EDWWARD
TO: "L■■■ S■■■■■" ███████████████
SUBJECT: RE: RE: MAT vs MATb
DATE: 06/09/2026 08:08 PM

What's going on with all these French aviation shows? Have the French taken over? Has Napoleon come back? If so, please tell him he can take Louisiana back. We got the hot sauce recipe already, so we're good.

I want to cry too when I think of all the fun things we're missing together. But I stop myself because a) the gang would laugh and kick me off the top tier, and b) I have faith this will all end in a way which will make us both smile bigly.

Counting down till I see you smiling face tomorrow. If you're wearing a tricolor ribbon or softly humming the Marseillaise, I'll know what's up.

| | | |
|---|---|---|
| Date:    07/06/2026 | Federal Bureau of Prisons | Facility: BRO |
| Time:    12:10 PM | TRULINCS | |

**Message**

Sensitive But Unclassified

| **Message** |
|---|

FROM: 35053511 SMITH, EDWWARD
TO: "L███ S██████" ██████████████████████
SUBJECT: Day in the life
DATE: 05/24/2026 01:55 PM

Sunday, May 17

7ish am -- Lying in bed. I hear jingling of keys. Gets closer. And closer. Like the creeping of death in Edgar Allen Poe's Pit and the Pendulum. I smell apples. Why do I smell apples? Rolling over. I spot an apple core in bed from last night's eating binge. The core stares at me with his seedy eyes. Tells me to get up and face the day (and to take him to the trash).

Keys at our door. It's the CO for today, a rotund jive-talking fellow. He unlocks, then moves to the next cell. The big question: will roomie get up and exit the premises so I can go to the bathroom in peace? (63% chance) I hear rustling on the lower bunk.. shower sandals sliding.. yes! he's getting up. He'll brush his teeth first, then leave the cell. The only downside is that I have to listen to his teeth-brushing routine. Which, in addition the normal sounds of brush on tooth, includes his attempts to conjure up enough phlegm to win a phlegm-making contest. He never wins anything, so I wish he would realize this and stop.

7.30am -- I waddle downstairs. Wearing t-shirt and sweatpants, socks and sandals (fashion savvy). Sit at my usual table. My chessboard awaits, with pieces scattered from yesterday's games. And there's.. what's this??.. a second game board? Who put this here? Looks like Backgammon. What sorcery is this? The culprit must be found.. and dealt with.

I check email. See a message from this sweet Siberian girl (can't remember her name, I have so many). She makes me want to hold her hand, and take her on romantic walks in the park, and whisper sweet nothings in her ear. She asks philosophical questions about cookies. I'll have to ponder these. I make coffee. My old Muslim roomie traded me for an old bag of Keefe, the good stuff. So I blend it with Cafe Bustelo, the bad stuff, and make a half-good, half-bad cup of joe. Ordinarily I would have my 3-day old leftover Thursday meatloaf along with the coffee. But today I refrain. Somebody recently told me I shouldn't eat and drink at the same time. I think it was this hot Russian chick. She makes me want to __ __ hot __ __ __ __ wet, and grind __ __ __ into __ __ __, and __ __ mouth __ __ __ __ drips __ (talking about brewing fresh pour-over coffee, of course).

7.56am -- Breakfast cart arrives. Line forms. Anthony comes to my table to chat. He's an older, paranoid Italian-American gent. Prone to loud scary outbursts that frighten the whole Unit. Says in the mob they can't have a big manly beard like mine; that's why he's always clean-shaven. I'm tempted to ask is that why he's bald too? But I refrain. We play a little chess. I win. I put the breakfast trays in my cell. I also grab Pop's halal option. We have a deal where I grab his meal and bring it to his cell, and in exchange he lets me eat it 80% of the time. Everything is carbs, so I eschew it all for now and stash the muffins, etc for later.

8.30am -- I'm doing my work with my coffee in hand. A pleasant morning. Smurf's tv is playing "NASA's Unexplained Files". It's silent, but we can use our tablets to tune to each tv's radio channel and listen through our headphones. I watch for a bit. They talk about space. Planets. And then... yes, here it is.. aliens! Smurf's eyes are glued.

9.30am -- Recalled to our cells. I climb back into bed with my tablet. Finish watching "Ricki and The Flash" with Meryl Streep (don't judge). Soon find myself falling asleep, thoughts drifting.. Smurf.. aliens.. aliens playing chess with Smurf.. zzzzzzz.

11.30ish -- Lying in bed. I hear jingling of keys. Like Edgar Allen Poe's raven, quothing, "nevermore!" Door unlocked. Roomie bolts. I waddle downstairs and join the lunch line. It's boiled eggs, poorly-made french toast, a smashed-up boiled potato, and a packet of syrup. Not bad. Pop's halal option is an honest-to-goodness real omelette. I walk to his cell with the trays thinking "Maybe he won't want the omelette. Please, baby Jesus, don't let him want the omelette". He wants the omelette. Crestfallen (vocab), I take the remaining trays to my cell, stash the boiled eggs for later, and tell roomie he can have all the carby other stuff. Then a few sips of water, per hot Russian chick's instruction, then back to my table downstairs. I've got paper and pen in hand. Resume working. A pleasant afternoon.

11.57am -- Anthony wants a chess rematch. Talks about the LIRR strike. Says his people control that. Says he knows where Hoffa is buried ("but I can't say nothin!"). I win again.

12.30ish pm -- Back to working.

Date:    07/06/2026                                                                                          Facility: BRO
Time:    12:10 PM

## Federal Bureau of Prisons
## TRULINCS
### Message
### Sensitive But Unclassified

12:45pm -- Alex challenges me to ping pong. I decline.

1.35pm -- Ramen noodle break. I add the 2 eggs from brunch and a mackerel for extra protein.

1.52pm -- Cuba swings by the table and asks if I forgot about him. He had asked me to write a formal letter that he could send to the Warden, in nice elegant prose, asking for a PlayStation. I told him I was still working on it. Patience, Cuba, patience.

2.10pm -- Ra comes by the table. Says "When you're ready to get violated, lemme know!" Meaning he wants to play chess. I can't turn down a challenge so we begin. Justin wanders over a sits down to watch us. He's the scrawny Chinese guy you saw on your last visit, looks like a kid. He acts as Ra's loyal sidekick, adding emphasis to Ra's trash talk:
Ra: "I'm gonna bring da pain today, Eddy!"
Justin: "Yep, going to hurt"
Ra: "You see, I play chess on its highest level!"
Justin: "Uh-huh, level set to max"
Ra: "I'm already three moves ahead of you Eddy boy!"
Justin: "Yep, one, two, three. Count em"
Ra: "What was that dumb move? You think you playin kids in da park? I'mma show you this is a grown man's game!"
Justin: "Yep, 18 and over"

2.35ish pm -- Ra has lost several games in a row. Walks off in a huff. Justin follows.

2.40pm -- I decide to head to the Rec Deck for some fresh air. Igor is shooting hoops. Badly. Weather is great. I go back and grab my pen and paper so I can work "outside". Mindset improved.

3.21pm -- Recalled to our cells. I climb into my top bunk. Tablet in hand, Russian for Dummies book tucked under my mattress. After a little solitaire, my brain is too tired for a Russian lesson. Lying down.. thoughts drifting.. ping pong.. Ra.. Ra playing ping pong while eating Pop's omelette.. zzzzzz.

5.20pm -- Cell door unlocked. Dinner is shredded chicken! What a surprise. But with a delightful bbq sauce this time. Not bad. And no bugs, wow.

5.45pm -- Ra wants a rematch.

5.52pm -- Ra walks off in a huff.

6.05pm -- Ra wants a rematch.

6.10pm -- Ra walks off in a huff.

7ish pm -- Smurf's tv is playing "America's Most Badass" on the History or Discovery channel. I watch for a bit. They're comparing the badass feats of four Americans - Neil Armstrong, John Dillinger, Harry Houdini, and Teddy Roosevelt - and assigning scores to each to see who was badass-est. Was actually fascinating. These were some badass dudes! Teddy wins by a nose over Neil, 92 points to 91.

8ish pm -- I decide my "day in the life" log is badass enough and stop taking notes. I might send it to either the sweet Siberian girl or the hot Russian chick.. at some point.

Date:    07/06/2026                                                                                                    Facility: BRO
Time:    12:10 PM

**Federal Bureau of Prisons**
**TRULINCS**
**Message**
Sensitive But Unclassified

| **Message** |
|---|

FROM: 35053511 SMITH, EDWWARD
TO: "L███ S██████" ████████████████████
SUBJECT: RE: RE: MAT vs MATb
DATE: 05/24/2026 01:54 PM

Dear Sunflower,

Can't wait to hear more on Wed about how your dad is enjoying the city and how ████████ is making do (tell your dad I said "hi", if he still remembers me). And we'll discuss your work and figure out a plan.

Thanks for the memories of our NY thruway drives. See, this is the problem with our intermittent relationship: I can't remember the jokes I've already told you! We need to maintain a joke tracker - can you get started on that? Or better yet, we could just end the intermittent-ness.

So the good news is that my bunkie, "O.B.", is now the new laundry orderly. He moved in on Fat Mac the way Michael Corleone moved in on Moe Greene (Godfather joke). He does the best and quickest wash-and-fold yet. The bad news is that he's expensive (no bunkie discount). More so than Fat Mac or Sticky were. And since he's my roommate, he can stab me in my sleep if I don't pay.

I really wish I could be helping █ with his physics. It's all so simple when taught the correct way. Although I might let him discover the curious consequence of the photoelectric effect all on his own. And LOL at your cute misreading of the double *slit* experiment. It was a naughty innuendo referring to... nevermind.

Now for the weird but possibly exciting news. On Wed morning, our CO went to the middle of the Unit hall and yelled "Recall! Get in your cells you m---f---ers!" We thought it was another maintenance recall, when workers come to fix something. Like the broken shower that gushes like a waterfall nonstop (feels nice actually). But then he yells "Bring out your chairs, you m---f---ers!". We thought that was weird. Each room has two plastic chairs that we can use in the main hall. Then we saw the Warden and other staff come into the Unit. They wanted us to arrange our chairs in a certain way around the hall like we're an audience.. It turns out that our Unit won the play performance from the Public Theater! I guess we had the highest average sanitation score over the past few weeks (and fewest stabbings). Play will be this coming Wed at lunchtime; this was a test of how we would seat ourselves. So when you see me next Wed, I can tell you how the play was. And if there were any stabbings.

Your homework tonight is to take a deep breath and tell yourself that you'll successfully deal with all the upcoming challenges at work. And to remember I'll be right there holding your hand as you do so. I wouldn't have brought you into a place if I thought you couldn't deal with anything they threw at you.

Sending "Day in the life" summary now too.

Hugs and kisses (I'm glad you like even the rough Boston variety :)
-E

Date:    07/06/2026                                                                                    Facility: BRO
Time:    12:10 PM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

---

**Message**

FROM: 35053511 SMITH, EDWWARD
TO: "L███ S██████"  ████████████████████████
SUBJECT: RE: RE: MAT vs MATb
DATE: 05/17/2026 07:38 PM

I didn't realize Cookie Monster had become so philosophical. In my day he just sang "C is for Cookie" and said "nom nom nom". That was about as deep as he got. So let's see.. yes, it is weird that we cook bacon and bake cookies. It's also weird that we park on a driveway. And drive on a parkway. And pay to use a freeway. And get stuck on the expressway. Such is life.

I don't know what the best thing was before sliced bread. Tell me. Sliced donuts? Sliced croissants? It can't be sliced pizza because that's actually still the best thing.

I've been keeping a little log of our schedule today so I can present you a proper "day in the life" summary. I'll send later.

I did get outside for a little while earlier. The weather was perfect. Seems like summer is here. Thank you for the reminder.

I know I gave you no reason to love me all these years (except for my lovely vocabulary). But thanks to a curious consequence of Einstein's photoelectric effect, you can expect that love to be repaid a thousand times over.. In ways you can't even imagine. Thanks, Albert!

████  was a lot of fun on Sat. I've been around lots of kids and she's actually quite well-behaved for a five year old. And maybe your men didn't pick you because she was sending subtle brain waves to them that you're all mine :) She's telepathic, like mama.

It sucks the vending machines were so crappy. Maybe just bring ones next time. I know they can be a pain to get. Unless you become a stripper. In Queens, perhaps. In Manhattan, they kick the patrons out for throwing anything less than a 20. Heard this from a friend.

Also chew gum again. Slowly. With your lips slightly parted. And a seductive look on your face ;)

You weren't in my dreams last night but I have a strong presentiment (vocab) that you will be tonight. Maybe we'll meet at sunset on a beautiful secluded Mediterranean beach, away from prying MDC guards, and explore the photoelectric effect and other entanglement-related activities until the sun comes up. Or maybe even the double slit experiment ;)

Love you to the moon (or to the Queens strip club, whichever is more fun), -me

Date:    07/06/2026                                                                    Facility: BRO
Time:    12:10 PM

## Federal Bureau of Prisons
### TRULINCS
**Message**
### Sensitive But Unclassified

## Message

FROM: 35053511 SMITH, EDWWARD
TO: "L███ S██████" ██████████████████
SUBJECT: RE: RE: Postscript to postscript
DATE: 04/20/2026 02:33 PM

Well the equation was close. Especially after remembering their "Burundi Gold Reserve" single origin organic roast from the winter of '23. Wow, an orgy of coffee flavor. But yes, my Sunflower love conquers all. Now if Blue Bottle started a prison delivery service, I'd have to re-evaluate :)

I am indeed proud of you for your apt organization. Maybe the rowing machine has caused the thigh thickening? In which case, your muscley thighs might crush me like a vice. Maybe I should just stay inside my jail cell forever, where it's safe.

You'll likewise be proud of me for getting plenty of protein these past couple of days. People have been spontaneously giving me eggs, mackerels, etc that they don't want. The protein gods are smiling on me.

Did you know that instead of "thank you", inmates say "good-lookin'"? Like when Rick said "yo, Eddy Ed, you want this tuna pouch?", I responded "Hell yes. Good-lookin'."

This was presaged by an episode of Seinfeld in which Jerry suggests that instead of saying "God bless you" when someone sneezes, you should instead say "you are sooo good-lookin'". I agree, and think this could be used as an all-purpose response to any well-wish: happy birthday, congrats on your promotion, here are your divorce papers, etc.

Court day tomorrow. Ugghh.

As Ned Stark would say "Wednesday is coming" (Game of Thrones joke),
-E

Date:    07/06/2026                                                                      Facility: BRO
Time:    12:10 PM

**Federal Bureau of Prisons**
**TRULINCS**
**Message**
Sensitive But Unclassified

| Message |
| --- |

FROM: 35053511 SMITH, EDWWARD
TO: "L▊▊▊ S▊▊▊▊▊" ▊▊▊▊▊▊▊▊▊▊▊▊▊▊
SUBJECT: RE: RE: Thank you
DATE: 03/17/2026 08:42 PM

I'm looking forward to seeing the theramin photo, but more looking forward to seeing you in the photo. So if you're hiding inside the theramin or something, I'm going to be disappointed.

The bad news today is that something terrible happened. The good news is that your recent Shutterfly order is exactly what I need to recover from it. How is this possible? Tune in Wed evening around 5.30pm to find out! (another topic for the tracker)

Hope you had a good day working from home (and wearing green?). And nursing the ligament.

I find myself in the doghouse at the moment with my regular Russian commissary deal partner. A different Russian came to me yesterday and made me a very generous financial deal I couldn't refuse. Then usual Russian guy comes to my cell all excited, asking if I'm good for our usual deal. I had to let him down gently. He just stood there, with a look of heartbreak. His eyes said "How could you do this to me? I thought we had something special?" My eyes said "yeah, but he was really rich, and had a yacht, and wanted to fly me to Dubai, and well.. think how many Insta followers this will bring me!" I promised to resume our normal deal-making next time. He just said "ok, whatever" and slinked away, all sullen and morose.

Warning for tomorrow: I'm looking very Papa Smurfy...

Kisses (in the flesh, in less than 24 hours)

Date:    07/06/2026                                                                                                          Facility: BRO
Time:    12:10 PM

## Federal Bureau of Prisons
## TRULINCS
## **Message**
## Sensitive But Unclassified

| **Message** |
| --- |

FROM: 35053511 SMITH, EDWWARD
TO: "L███ S██████"  ████████████████████████
SUBJECT: Ligament
DATE: 03/11/2026 08:13 PM

I'm sorry again about your foot / ankle / ligament situation. Reason # 16,777,216 why I need to get out of here and sweep you off your feet - literally. Keep me up to date on how it's healing and how you're making do with everything. It also makes my male brain wonder about how if we were together on the outside, how we would do certain things. I might have needed to engineer some safe contraption. I'll noodle on this tonight.

To continue what I was saying about the "gang floor", I was actually referring to the upper tier of our same Unit. Think of a mezzanine in an opera house. It's like that. But with more stabbings and rap music, obviously. The gang members all reside in cells on the upper tier. After my little confrontation, I got moved up there. I kind of think I've been tacitly made an honorary member. The other guys even call me "O.G." now.

While this might sound splendid, it actually comes with a few disadvantages. For one thing, I've had to endure rotating cellmates. Basically, any random gang member who needs to sleep in a different cell for the night than his usual one will come and bunk with me for the night. I think this happens whenever bunkmate's regular cell is being used for some unsavory purpose that bunkmate didn't get invited to. It's annoying, but I only have to stomach the guy for a night.

One of the more interesting bunkmates was Lance. Or maybe it was Pants or Hands.. I couldn't quite tell. He was very considerate, called me "Mr. Edward sir", but was a perfect example of someone who tries to sound eloquent without knowing the meaning of the words he's using. He kept me up one night with his soliloquy (vocab lesson #13) on being a misunderstood artist. It was unintentional comedy. After a while, I grabbed my pad and started recording word for word...

"The gravity... that what you didn't know was... livelihood... occupies your time of day. For the same reason that you produce a work of art. Well... that you must submit your plight... or plymouth (he really emphasized this word)... that allows others to see your transaction. That's relevant to your idea that gave acceptance... I mean... a creative way? That coming for producers that both are getting to understand and let them know that their work is more like... an exclamation point!... and trust." At this point, I had to interject an obligatory "Yep, that's right!"

I hate seeing you cry and not being able to hold and kiss you. And kiss and hold you some more. But I'm always glad when you're open with me. About everything. We should be as open with each other in the little hour we have as possible. And yes, I'm always going to tease you but you should also know that I very much mean the heartfelt things that I say. Even if I have that sardonic (vocab lesson #14) Edward smirk on my face ;)

How did you get home?

Date:    03/20/2026                                          Federal Bureau of Prisons                          Facility: BRO
Time:      08:35 AM                                                    TRULINCS
                                                                        **Message**
                                                              Sensitive But Unclassified

| **Message** |
| --- |

FROM: 35053511 SMITH, EDWWARD
TO: ████████████████████████ >
SUBJECT: RE: RE: Follow-ups
DATE: 02/27/2026 07:09 PM

For your edification (vocab lesson #6), I'll give you an exclusive behind-the-scenes tour of the ever-exciting MDC fare (aka "chow") for today. Breakfast, which was delayed by cops storming into the Unit in riot gear and frog-marching one of the inmates away to solitary, consisted of plain cereal flakes, skim milk, a slice of overly sweet "breakfast cake", and a couple packets of "Kosher Flavored Instant Drink". The instant drink packets contain some Vitamin C, so when I was sick several months back, I started asking people for their extra packets. Now it's become something of a ritual that the Russians will line up and come by where I'm sitting every morning and solemnly give me their drink packets. I don't have the heart, or the foreign language abilities, to tell them I no longer need them because I'm not sick. I just say spaciba, spaciba.. and smile.

For lunch, we had a breaded fish patty. The same as what they used to serve in grade school cafeteria. I don't know if they had something similar in Russian schools, but just think of cheap, off-brand frozen fish sticks, and you'll get the idea. I was lucky and got donated a halal meal, which was a delicious frank and beans. Solid protein.

Dinner was shepherd's pie. Well, not really shepherd's pie, but that's the closest form of real food that it resembled. The watery mashed potatoes were from a box, and utterly disgusting, but the chili meat was ok. All of these meals pale in comparison to the big juicy vending machine burger downstairs (without cheese :), so I look forward to hopefully getting one next week. Since you've now transformed into a carnivore (a festivus miracle?), we can share.

--- We interrupt this email to remind you that the new month means my visit time goes back to evenings. 5 - 7.30pm (more like 5.15/5.30 to 7.30 since we're still locked in our cells at 5). We now return you to your regularly scheduled email ---

I very much appreciate your offer to send commissary funds. However, since it's my job in this world to take care of you and not the other way around, it's unlikely I will ask. But.. if I truly do have a critical need, I promise not to be too proud and obdurate (vocab lesson #7) to ask. For a small amount. Next time I have the prison handbook with me, I'll send you the western union / moneygram instructions so you'll have them for reference. I know you have a heart, a very big heart, and it's one of 16,777,216 (aka 2^24 - my favorite number) reasons why you're my one and only Sunflower. In the meantime, your pocket change may be better spent on Shutterfly selfies ;)

Miss you already too.

Hugs and other stuff, all night long,
-Sunbear

Date:    07/06/2026                                                                                          Facility: BRO

Time:    12:10 PM

## Federal Bureau of Prisons
## TRULINCS
## **Message**
## Sensitive But Unclassified

| **Message** |
|---|

FROM: 35053511 SMITH, EDWWARD
TO: "L▬▬ S▬▬▬▬" ▬▬▬▬▬▬▬▬▬▬▬▬
SUBJECT: RE: RE: Glove
DATE: 02/08/2026 05:58 PM

What's a WF run? A warm and fuzzy run? Wild and free? Wine and fondue? I could see any of those applying.

I'm sorry to hear the kids are sick. But at least you got your sickness out of the way first so you can tend to them. I remember actually liking getting fevers when I was ▬▬▬s age, weirdly. I thought it was so cool that my forehead would become a heat source, like a nuclear reactor. When mom would lay me down and put the ice bag on my head, I would scrunch up my face and try to melt as many ice cubes as possible with my superpower.

I'm glad the jogging brought back good memories :) Can't wait to make many more with you.

I have to tell you that I've become something of a star commissary broker with the Russian crew here. Each inmate is limited on total spend per bi-weekly order, so when someone wants more stuff than they can put on their personal order, they do deals with other people who don't use up their limit. The "broker" will buy the extra stuff, then settle up later and get a tip. Sasha did a deal with me last night for two chorizo sausages, 3 minute rices, and one "softee" shampoo. But I didn't realize how in-demand my services had become. Half an hour later, Igor came to me and demanded 2 velveetas, 5 chicken pouches, and one "VO5 kiwi lime" shampoo. I had to say sorry, I've already got something going with Sasha. Well Igor didn't like that. He got very zloy with me. Started cursing in Russian. I promised we would do a deal next time, which calmed him down a bit. If I ever end up in the Russian mob, this will be how it gets started.

Your suspicion about fewer staff causing the weekend lock-ins is probably correct. I think I mentioned how we also get locked in whenever it's really bad weather, or the day before a big holiday. Obviously it's because the staff doesn't show up, but they like to give us BS excuses (eg, the elevator is broken, the security cameras are broken, the sno-cone machine is broken, etc).

I just realized that WF probably meant Whole Foods. I'm very disappointed to hear that you people on the outside still have to make Whole Foods runs. I would have thought with all the time I've been locked up, the world would have changed such that Amazon directly reads your mind and pre-emptively delivers groceries by drone before you even have to ask. Come on, Bezos, get it together.

Even if the vending machine doesn't have Pringles on Wed, it'll be ok. You're the only Pringle I need.

ps.. don't stay up too late at your Superbowl party tonight. I know how big an NFL fan you are..

Date:    03/20/2026                                                                    Facility: BRO
Time:      08:35 AM

# Federal Bureau of Prisons
## TRULINCS
### Message
Sensitive But Unclassified

## Message

FROM: 35053511 SMITH, EDWWARD
TO: "L███ S██████" ████████████████████████
SUBJECT: RE: RE: Hello
DATE: 01/07/2026 07:14 PM

"5th floor unit (no longer my favorite floor)"

Darnell came through! I got the Shutterfly. Very happy to see your pretty face again. And I love the multi-faceted selection of shots. You don't have to explain each one; I know you well enough to instantly be able to identify the context. Don't believe me? Check this out:

Pic #1: You're proudly standing in front of a small dam that you just built. It's in "Saugerties", and you were on your way further north, but had some time to kill so you decided to quickly help out the local townsfolk, in appreciation of the nice time we had there. Yes, we can also see that you didn't even get wet in the build process. Stop showing off.

Pic #2: You're in Paris for the 2024 Olympic debut of Pickleball. After the IOC director spent his vacation playing "basketball and tennis on HHI", he wandered over the the pickleball courts and was amazed by how slowly the ball moved. He realized he was staring at the future of sports. "Tennis moves too fast," he was quoted saying. "The slow pickleball will allow us to add, on average, an extra hour's worth of advertisements for Disneyland Paris, per Olympic match". As you were leaving the stadium, you and your friends had a strange urge to go see Mickey la "souris".

Pic #3: You're in the south of France. As the spectacular vista unfolds before you, your companions ask where you all should head to next. You point down the cliff to a little shaded area by the clear blue water. "See that spot?" you ask. "It's even more fun than the "Miami nude beach". Cartwheels 24 hours a day." Unfortunately, as you guys were scaling down the cliff, you hurt your foot. Cartwheels will have to wait..

Pic #4: You stopped in front of a winged mural in Virginia Beach. You were thinking that "at some point" you'll grow real wings. And when you do, you'll fly to wherever Edward is and deliver another "big blue birthday card" and "sunbear kisses".

I'll tell you the context for the others once I refill my email credits.

In the meantime, you should be aware that in 15 years, I'll be 15 years younger, thank you very much. I age backwards. The grey is just hair dye so people don't get suspicious.

I'm shocked they have skiing in VA!? I had no idea. I hope it was real snow and not the slick fake stuff.

Oh and I just heard that a Ms. S██████ who lives on ████████████ was just approved on my visitor list. Is that you? If so, you should speed up growing those wings :)

Visiting day for my Unit (unit H-53) is on Wednesdays. For the month of Jan, my slot will be 5 - 7.30pm (then switch to the afternoons in Feb). I know it's not ideal to be in the middle of the week, but that's all they give us. However.. our Unit just won the bi-weekly sanitation contest and they've given us an extra visiting day: this Saturday (Jan 10) from 12 - 2.30pm. If you can make that, I'll be so thrilled, I'll even remove my face tattoos.

"Oceans Atlantic City"

Date:    03/20/2026                                                                                   Facility: BRO
Time:    08:35 AM

**Federal Bureau of Prisons**
TRULINCS
**Message**
Sensitive But Unclassified

---

## Message

FROM: 35053511 SMITH, EDWWARD
TO: "L███ S██████" ████████████████
SUBJECT: RE: RE: Hello
DATE: 01/04/2026 11:28 AM

"Bank board game"

Sadly your Shutterfly has yet to arrive, but that's not entirely unexpected. It can take a week, or more, for mail to make its way from the 1st floor to the 5th floor, where my Unit is. Sometimes it never arrives. No one knows exactly why this is the case. We all have our theories.

I like to imagine the MDC mailroom as a lonely basement, staffed only by a guy named Darnell who wears thick glasses and likes Soul Train reruns. Darnell was teased as a kid, probably because he wore thick glasses and watched Soul Train reruns, so he developed a love of philately, otherwise known as stamp collecting. Now he's got his dream job, where every day bags full of inmate mail, with a wide assortment of stamps from all over the world, get dumped on his desk. He slowly and lovingly examines each envelope, looking for rare and unique stamps that he can cut off and save. One time he was thrilled to find one from the late 90s, featuring the Fresh Prince's sidekick, Jazzy Jeff, a relic of the Post Office's well meaning but ill-conceived "Gettin' Jiggy With It" stamp series. Like the Post Office, Darnell is very slow, but he'll deliver eventually.

Another theory is that it's a prison and the staff just doesn't give a sh_t.

I'm glad you were able to celebrate New Years with your London friends. That's very cute to hear that ████ wrote Ded Moroz a letter. You definitely should encourage those longer letters in the future. Will be fun for her. Teach her to sort the items in her list by price and amazon rating to make Ded's task easier. And if her little gymnast friends are already traipsing through Argentina searching for artisanal olive oils, poor Mr Moroz is going to have a hard time keeping up with her cosmopolitan tastes.

In other news, my roommate and I broke up. The cause was my snoring. It almost came to blows one night when he woke me and demanded that I stop snoring, "or else". Considering his international terrorist credentials, I made the strategic decision not to find out what the "else" entailed (although I'm kinda curious). After I moved out, he was happy as a clam. The next morning he joked that he slept so well, he almost missed prayer. "Good thing I didn't though", he said, suddenly turning serious and staring at me with eyes wide, "or else!.."

My new roommate is an older black gentleman in his mid-60s who is known as the house chess master. I forget if I told you about him, but he used to play chess in Central Park for money. He promises to teach me new chess tricks next time we get locked down. My only complaint is that he makes old man noises when he lays down (croaks and groans). But this is more than offset by the charming sounds of him singing along to the radio with his headphones on. He munches while he sings too, so it sounds a bit like Cookie Monster mixed with Tina Turner. I'll be half-asleep then get suddenly roused by strains of ".. if I can't have you, I don't want nobody baby... nom nom nom nom... zzzzz". Good thing I moved before Maduro arrived last night. Otherwise, I might have had to bunk with him and they say he's not nearly as good at chess.

As for your New Years wish, I will do everything in my power to make it come true. I'll just need a heads-up on ████'s favorite gourmet treats from Tuscany so I can get her some. Or maybe she'll have moved on to 600cc dirt bikes by then. Which would be awesome.

"tracker"

Date:    03/20/2026                    Federal Bureau of Prisons                    Facility: BRO
Time:    08:35 AM                            TRULINCS
                                              **Message**
                                    Sensitive But Unclassified

**Message**

FROM: 35053511 SMITH, EDWWARD
TO: "L███ S██████" ████████████████ >
SUBJECT: RE: RE: Hello
DATE: 12/10/2025 09:00 AM

"sunflower" (2nd email)

Phones are about the same cost per minute as email, although more expensive to call international. There are four phones in the unit like old-style pay phones. One is designated the "gang phone" and can only be used by the MacBallers. It comes complete with comfy chair and view of the tv that has sports on. I use it sometimes and just feign ignorance when confronted: "I'm sorry, I didn't know this was a gang phone", "I'm sorry, I didn't know I wasn't a MacBaller", "I'm sorry, I thought this was the chess club phone", etc

Please remind me of your full address; I remember the ██████████ but not the zip or apt #. Also you phone number. My address is below (yes the front desk geniuses spelled my name with two W's). Always include the inmate number. Just remember they open and monitor the letters just like with email. You can also send pictures through Shutterfly! It would be nice to see your face again :)

Edwward Smith
Register No: 35053-511
Metropolitan Detention Center
PO Box 329002
Brooklyn, NY 11232


"big blue birthday card"