*To be presented to the Court*

Your Honor,

Thank you for giving me the opportunity to share what I've carried for so long.

The abuse I experienced as a child was both physical and deeply violating in other ways. It involved inappropriate touching, but it didn't stop there. The person who abused me also took photos and videos—images of me in moments no child should ever have to endure, moments that were never meant to be documented. That combination of physical abuse and the creation of lasting, exploitable images have caused pain that is difficult to put into words. What was taken from me wasn't just my innocence, but my ability to feel safe in my own body, in my relationships, and in the world. I was a child—I didn't have the language to explain what was happening, and I didn't understand why someone would do that to me. But I understood enough to feel fear, confusion, and shame that followed me into adulthood and still lingers today.

Ever since that time, I have struggled with deep mistrust—especially of men. I am constantly on alert, even in everyday public settings. I watch my surroundings, I stay near exits, I avoid eye contact, and I rarely feel safe. I've become cautious in ways that most people never have to think about, because in the back of my mind, there's always the fear that someone like my abuser could be nearby. I don't remember the last time I truly felt relaxed around other people.

Now, as a parent, this fear has only intensified. I'm fiercely protective of my child—not out of overreaction, but out of lived experience. I know what these people are capable of, because I lived through it. I question everyone, trust no one easily, and carry a constant anxiety that someone might try to hurt my child the way I was hurt. That's not a fear that ever goes away—it's something I carry in every decision, every moment.

Knowing that there may still be images or videos of me somewhere—circulating, stored, or shared without my knowledge—is a never-ending source of anguish. The idea that my abuse could continue in the form of those images is unbearable. It makes it hard to move forward when part of your past may still be out there, used and viewed without your control. This abuse didn't just happen and end—it continues to impact every part of my life: my relationships, my parenting, my peace of mind, my sense of safety and my growth.

I am sharing this today not out of weakness, but out of strength. I want the Court to understand that these kinds of acts—especially when they involve both physical contact and documentation—are devastating. They leave lifelong scars. I am not just a victim of a

crime. I am someone who has had to rebuild herself piece by piece, and I'm still in that process.

Thank you for taking the time to listen and for considering the lifelong impact this abuse has had on me.

Sincerely,

█████