Your Honor,

I write to let you know how being a survivor of child sex assault material (CSAM aka child pornography) crimes is still affecting me despite the original hands-on trauma I suffered being years in the past.

I worry about being recognized still and about safety for my children and me. Even as an adult, when I hoped I would not be worrying about this anymore, people I have not seen since childhood still recognize me and say I haven't changed. I am still aware of the spread of the CSAM of me and how widespread and actively traded it still is. I am also aware that I still need to be very careful online as there are still people looking for information on what I am like now. Again, I really hoped that perpetrators would lose interest by the time I reached this age, but there are still things being posted across multiple platforms that indicate that it is still an issue.

Of course, there are ongoing court cases which affect me emotionally and cause distress. I wish there weren't any cases and that people had stopped downloading and sharing these images and videos, but it is still happening. While I have put buffers in place, such as my lawyer receiving victim notifications, I still receive multiple requests for information on an almost weekly basis and it is just really sad. It grieves me and it angers me. I've considered the alternative of not participating legally anymore, but that feels like it would bring much more grief because I would not be able to do anything to fight back anymore and the out-of-control feeling would be much worse. At least legal proceedings give me some action to take to advocate for myself, or rather, for the younger part of me whose terrible moments are captured in the imagery. It's what I can do, but it certainly takes a toll.

Grief, anger, disgust, nightmares, difficulty trusting people I don't know well, these are all things I feel or experience regularly when I think of the CSAM activity, which is daily. I feel that I have healed quite as thoroughly as one can, from the original abuse and I rarely think of it. What I do think about is who has seen these images of me and what have they done with them. Are they using them to harm or groom others? I know they have been used to make copycat versions of CSAM of me, but with other children here in the US and in other countries and it breaks my heart and makes me so angry. It makes me feel used constantly. It hurts how I view the public that so many perpetrators have been caught with these images. I also believe that it impacts my health because of how it affects my sleep and the emotional strain on my body most especially my nervous system. As I work and advocate against it, I also fear retaliation as there have been people in positions of power and prestige that have been caught with these images.

**Triggering**

I am still triggered by cameras and others photographing or recording me. Sometimes by public security cameras. Sometimes by webcams, which is especially difficult in this

age of zoom calls and telehealth. I get triggered by unknown callers calling me or people showing up at my house that I don't know (such as salespeople). I get triggered by some movies and shows that reference child sexual abuse or that sexualize children. I do try to avoid shows that do these things, but sometimes programs surprise me. I get triggered by news headlines about these subjects, which are frequent now.

I still have intrusive memories of seeing the images of myself in CSAM on the screen. These images can infiltrate my dreams. I have intrusive thoughts about how dark the world can be and how hard it is to keep children safe from so many people wanting to prey on children, especially in this age of technology and social media. Sometimes I just get really, really, angry about it and feel like there is nothing I can do. It's hard to talk about as well. Some days it makes me really sad, and that sadness just hangs over me all day. Some days I feel really anxious about it all day and have a sense of dread like something bad is going to happen.

I find myself checking my locks frequently, googling my name online, dissociating for a while in the form of zoning out, needing a friend to come over, not being able to sleep, and not wanting to be around people and so canceling plans even though I am naturally extroverted.

**Nightmares**

I still have regular nightmares about naked/CSAM images of myself being spread across screens in an uncontrollable way. Sometimes in the dreams it will pop up on a screen and I will try to delete it and it will just multiply every time I try and spread more and more. These dreams bring up a feeling of panic, fear, and feeling like I have no control over the situation.

I also have regular nightmares about male intruders breaking into my house to harm me or kidnap me. In the dreams, these intruders are people who have viewed the CSAM of me and have become stalkers who want to do harm to me. These dreams also lead to feelings of panic, fear, and anxiety.

I still struggle with sleep. My body still goes into "fight" mode or a more hypervigilant state often at night. When I do sleep, I sleep so lightly that any noise wakes me up because my brain is still alert for danger.

**Dissociation**

Dissociation is a symptom that I still have to fight whenever I am triggered or if my stress level gets too high. Sometimes, I don't notice that my stress level is getting too high until I start to dissociate. I do tend to dissociate more frequently at night, most commonly while getting myself ready for bed. Sometimes this happens while checking the mail from my mailbox. I think this is because of receiving the abundance of victim notifications years ago. I have worked in counseling about this, but it's a tricky thing for me to resolve. For me, dissociation looks like staring off into space while my mind

wanders to a period of time and feeling detached from my environment. Noises, like someone talking to me will snap me out of it, or I will come out of it on my own. Then, I have to check how much time has gone by. 10-15 minutes is pretty typical. 20-40 min is an occasional length. It does sometimes happen in public places like stores or gas stations when I get triggered. In those cases, I have usually been triggered by cameras or an uncomfortable interaction with a stranger. Once I realize that I have dissociated, I can use coping skills to get myself regulated again. However, while in a dissociated state, I am not aware that I am until I come out of it. Based on others who have observed me in this state, I've been told I look still, wide-eyed, scared, or sad, like I'm frozen in place. If I'm sitting, I'll have defensive body positioning, and I don't talk. When this happens and I'm not feeling present, it takes away from joys in life and negatively impacts my nervous system.

**Therapy**

I have been able to stay with the same therapist for several years. Early on, I had trouble finding a therapist who was not overwhelmed by my issues and the fact that I continue to be a crime victim every day. Few therapists I have met understand what the experience is really like and many can bypass important things. I (and other survivors that have talked to) have spent a lot of time educating our therapists on the issue. Nevertheless, having found a therapist I can connect with, I have continued to be in therapy regularly. Utilizing therapy of different modalities including parts work (IFS), identity work, EMDR, Trauma focused CBT, narrative therapy, and somatic therapy have been the most helpful. Traditional CBT has not been as helpful, specifically with the CSAM issues, because the reframing tends to invalidate real fears and feelings about the situation.

**Knowledge of the circulation of my images.**

Knowing that images and videos of my sexual abuse as a child continue to be distributed on the internet causes an unending grief. I believe survivors have a right to know about the circulation of their images and need to be given that self-determination. It feels like a part of myself is always caught up in this terrible circulating and painful loop. It makes it feel hard to rest all of the way. Sometimes I feel a bit haunted by it. Not a day goes by that I don't think about that, although I try to keep those thoughts limited. I still want to have compassion for the parts of myself that feel it and make some room for them. It is something that I am continually learning how to cope with, especially as each stage of life brings up different ways of thinking or feeling about it.

Yes, my experience now is different than my experience of it ten years ago. I had assumed that it would affect me less by now than it does. I am more conscious of the systems in the world that perpetuate cycles of exploitation and oppression that contribute to the spread of CSAM and I feel more angry now than I used to. I feel angry at more groups and systems. My kids are around the ages that I was when sexually abusive things happened to me including the creation of CSAM; seeing how innocent my children are makes me understand more -- not just how vulnerable I was--

but also even more how sickening it is that perpetrators view the images of me being sexually abused at those ages. It hits me harder emotionally. I have less patience and tolerance when speaking about these issues now. I get angrier when people don't get it. I feel less hope about my own CSAM situation getting better than I did a few years ago, although I still do try to feel hopeful that CSAM issues overall will get better in the future by being less available online and with children being better protected. I feel lucky to have been able to continue my education, albeit much more slowly due to the many symptoms I experience. I also feel lucky to be in a position to help other survivors though I am tired of fighting so hard.

Thank you for reading this statement and I hope you will think of me when you make your decision.

Date: 3/22/23

Survivor, aka "Lily"