Searched for ███████ (https://www.google.com/search?q=████████)

Dec 23, 2019, 7:19:03 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched for ███████  (https://www.google.com/search?q=████████ )

Dec 23, 2019, 7:18:55 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Visited Sex Slave Training: The Best Submission Guide: Moore, Mark G ... (https://www.google.com/url?q=https://www.amazon.com/Sex-Slave-Training-Submission-Guide/dp/1724542354&usg=AOvVaw3XItIbdcVIIISPtAhmScVL)

Dec 23, 2019, 6:30:58 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched for how to train girl as slave (https://www.google.com/search?q=how+to+train+girl+as+slave)

Dec 23, 2019, 6:30:35 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Visited http://www.newspapers.com/newspage/449422842/ (https://www.google.com/url?q=http://www.newspapers.com/newspage/449422842/&usg=AOvVaw2huSUw28qrnBIuyDLNymxN)

Dec 23, 2019, 4:23:14 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched for miss black oklahoma melva walker (https://www.google.com/search?q=miss+black+oklahoma+melva+walker)

Dec 23, 2019, 4:17:31 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Visited https://en.m.wikipedia.org/wiki/Trial_of_Louis_XVI (https://www.google.com/url?q=https://en.m.wikipedia.org/wiki/Trial_of_Louis_XVI&usg=AOvVaw1OV1UnNZqk2qJ-dt2zP4Cw)

Dec 23, 2019, 4:00:37 AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched for trial of louis. (https://www.google.com/search?q=trial+of+louis.)

Dec 23, 2019, 4:00:32 AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched for how to compliment a girl red pill (https://www.google.com/search?q=how+to+compliment+a+girl+red+pill)

Dec 23, 2019, 2:44:25 AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Visited What is the best way to compliment a girl about her looks? - Quora (https://www.google.com/url?q=https://www.quora.com/What-is-the-best-way-to-compliment-a-girl-about-her-looks&usg=AOvVaw3oHXhZ-90VIIjUKiGn3ZRk)

Dec 23, 2019, 2:41:05 AM UTC

USAO_0023232
ATTORNEY EYES ONLY

Search

VisitedÂ https://twitter.com/tomtorero/status/766953309357936641 (https://www.google.com/url?q=https://twitter.com/tomtorero/status/766953309357936641&usg=AOvVaw2iNoLUyrLaZ-OEqzkHMy5-)

Dec 23, 2019, 8:21:16â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ torero why girls are like puppies (https://www.google.com/search?q=torero+why+girls+are+like+puppies)

Dec 23, 2019, 8:21:08â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ Training a girlfriend is just like training a puppy, according to this ... (https://www.google.com/url?q=https://www.dailydot.com/irl/dog-training-dating-advice-woman/&usg=AOvVaw3l9mubw3QBiOmCMXbdrvLb)

Dec 23, 2019, 8:19:31â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ dog training women (https://www.google.com/search?q=dog+training+women)

Dec 23, 2019, 8:19:19â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ https://www.amazon.com/PK03XL-Replacement-HSTNN-DB6S-789116-005-788237-2C1/dp/B07YV4PCRV/ref=asc_df_B07YV4PCRV/?tag=hyprod-20&linkCode=df0&hvadid=397133308031&hvpos=1o2&hvnetw=g&hvrand=10406825384630864688&hvpone=&hvptwo=&hvqmt=&hvdev=c&hvdvcmdl=&hvlocint=&hvlocphy=9010741&hvtargid=aud-801381245258:pla-841186256529&psc=1&tag=&ref=&adgrpid=80571461181&hvpone=&hvptwo=&hvadid=397133308031&hvpos=1o2&hvnetw=g&hvrand=10406825384630864688&hvqmt=&hvdev=c&hvdvcmdl=&hvlocint=&hvlocphy=9010741&hvtargid=aud-801381245258:pla-841186256529 (https://www.google.com/url?q=https://www.amazon.com/PK03XL-Replacement-HSTNN-DB6S-789116-005-788237-2C1/dp/B07YV4PCRV/ref%3Dasc_df_B07YV4PCRV/%3Ftag%3Dhyprod-20%26linkCode%3Ddf0%26hvadid%3D397133308031%26hvpos%3D1o2%26hvnetw%3Dg%26hvrand%3D10406825384630864688%26hvpone%3D%26hvptwo%3D%26hvqmt%3D%26hvdev%3Dc%26hvdvcmdl%3D%26hvlocint%3D%26hvlocphy%3D901070-801381245258:pla-841186256529%26psc%3D1%26tag%3D%26ref%3D%26adgrpid%3D80571461181%26hvpone%3D%26hvptwo%3D%26hvadid%3D397133308031%26hvpos%3D1o2%26hvnetw%3Dg%26hvrand%3D10406825384630864688%26hvqmt%3D%26hvdev%3Dc-801381245258:pla-841186256529&usg=AOvVaw3x_GlUNWXeQJSo3lqEV9Jq)

Dec 23, 2019, 8:17:40â€¯PM UTC

**Products:**
  Search
**Details:**
  From Google Ads
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ pk03xl (https://www.google.com/search?q=pk03xl)

Dec 23, 2019, 8:17:24â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ Dr. Jason A. Craig, MD | Austin, TX | Anesthesiologist | US News ... (https://www.google.com/url?q=https://health.usnews.com/doctors/jason-craig-88609&usg=AOvVaw0yP3v2wfEA5EbzEdq-viIK)

Dec 23, 2019, 8:15:19â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ jason craig anesthesiologist (https://www.google.com/search?q=jason+craig+anesthesiologist)

Dec 23, 2019, 8:15:15â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ jason craig anesthesiologist facebook (https://www.google.com/search?q=jason+craig+anesthesiologist+facebook)

Dec 23, 2019, 8:15:06â€¯PM UTC

USAO_0023229
ATTORNEY EYES ONLY

Visited Submissive Training Ideas - submissive_loving (https://www.google.com/url?q=http://www.submissiveloving.com/101-things.html&usg=AOvVaw0dRtO4UaV6oJdNUpCc2nUzcJ)
Jan 1, 2020, 6:18:03 PM UTC

**Products:**
  Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Visited https://www.femaleledrelationships.net/inflamed-whims/absolute-binding-male-slave-rules-and-contract/amp (https://www.google.com/url?q=https://www.femaleledrelationships.net/inflamed-whims/absolute-binding-male-slave-rules-and-contract/amp&usg=AOvVaw3hAGJ3lZrW8-u5zmZUv9nb)
Jan 1, 2020, 6:17:48 PM UTC

**Products:**
  Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Visited https://asibdsm.com/slave-ideas/ (https://www.google.com/url?q=https://asibdsm.com/slave-ideas/&usg=AOvVaw35LrzGv3YzxdXnL8BHqtdc)
Jan 1, 2020, 6:15:49 PM UTC

**Products:**
  Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched for bdsm slave rules to memorize (https://www.google.com/search?q=bdsm+slave+rules+to+memorize)
Jan 1, 2020, 6:15:21 PM UTC

**Products:**
  Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Visited http://bestslavetraining.com/training-techniques/128-slave-rules/ (https://www.google.com/url?q=http://bestslavetraining.com/training-techniques/128-slave-rules/&usg=AOvVaw13v-txA_usf1xfoqt75AZt)
Jan 1, 2020, 6:13:28 PM UTC

**Products:**
  Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Visited 15 Unwritten BDSM Rules for Masters when dealing with slave ... (https://www.google.com/url?q=https://bdsmcontracts.org/15-unwritten-rules-for-masters-when-dealing-with-slave/&usg=AOvVaw2NCwolB4_P2Q856phQU-Tv)
Jan 1, 2020, 6:12:15 PM UTC

**Products:**
  Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Visited http://bestslavetraining.com/about/cuffsmasters-domain/rules-protocols-rituals-slave/ (https://www.google.com/url?q=http://bestslavetraining.com/about/cuffsmasters-domain/rules-protocols-rituals-slave/&usg=AOvVaw3jd_oG_2qgA9V2luC0gaYS)
Jan 1, 2020, 6:08:28 PM UTC

**Products:**
  Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched for bdsm slave rules (https://www.google.com/search?q=bdsm+slave+rules)
Jan 1, 2020, 6:08:24 PM UTC

**Products:**
  Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched for slave rules (https://www.google.com/search?q=slave+rules)
Jan 1, 2020, 6:07:56 PM UTC

**Products:**
  Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Visited https://www.newair.com/blogs/learn/make-crystal-clear-ice-cubes-beginners-guide (https://www.google.com/url?q=https://www.newair.com/blogs/learn/make-crystal-clear-ice-cubes-beginners-guide&usg=AOvVaw2ouB0LfA9jdHMPFv6DuyFb)
Jan 1, 2020, 3:40:43 PM UTC

USAO_0023150
ATTORNEY EYES ONLY

Products:
Search
Why is this here?
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

VisitedÂ Manuals for ICD-PX333 | Sony USA (https://www.google.com/url?q=https://www.sony.com/electronics/support/digital-voice-recorders-icd-series/icd-px333/manuals&usg=AOvVaw0UF2Xk1JbVIDqKbUxxPpJt)

Jan 3, 2020, 8:35:01â€¯PM UTC

Products:
Search
Why is this here?
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched forÂ sony icd-px333 help guide pdf (https://www.google.com/search?q=sony+icd-px333+help+guide+pdf)

Jan 3, 2020, 8:34:57â€¯PM UTC

Products:
Search
Why is this here?
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched forÂ sony icd-px333 (https://www.google.com/search?q=sony+icd-px333)

Jan 3, 2020, 8:34:44â€¯PM UTC

Products:
Search
Why is this here?
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

VisitedÂ 6 Signs You're In A Controlling Relationship - Bustle (https://www.google.com/url?q=https://www.bustle.com/articles/128783-6-signs-youre-in-a-controlling-relationship&usg=AOvVaw09uufpzydEGDIEO7mT7K8t)

Jan 3, 2020, 7:14:46â€¯PM UTC

Products:
Search
Why is this here?
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched forÂ boyfriend isolates me from friends (https://www.google.com/search?q=boyfriend+isolates+me+from+friends)

Jan 3, 2020, 7:14:30â€¯PM UTC

Products:
Search
Why is this here?
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

VisitedÂ http://m.selfgrowth.com/?url=https%3A%2F%2Fwww.selfgrowth.com%2Farticles%2FHow_To_Isolate_A_Girl_From_Her_Friends.html&utm_referrer= (https://www.google.com/url?q=http://m.selfgrowth.com/%3Furl%3Dhttps%253A%252F%252Fwww.selfgrowth.com%252Farticles%252FHow_To_Isolate_A_Girl_From_Her_Friends.html%26utm_referrer%3D&usg=AOvVaw0h45h4CGnKoVb6OOxCPoeY)

Jan 3, 2020, 7:13:12â€¯PM UTC

Products:
Search
Why is this here?
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched forÂ how to isolate girl from friends (https://www.google.com/search?q=how+to+isolate+girl+from+friends)

Jan 3, 2020, 7:12:52â€¯PM UTC

Products:
Search
Why is this here?
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

VisitedÂ How to Tap Your Network and See Everything That Happens On It ... (https://www.google.com/url?q=https://lifehacker.com/how-to-tap-your-network-and-see-everything-that-happens-1649292940&usg=AOvVaw3Bfs9giNDv6ttUSFshnqpw)

Jan 3, 2020, 6:47:51â€¯PM UTC

Products:
Search
Why is this here?
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched forÂ how to intercept web traffic wifi (https://www.google.com/search?q=how+to+intercept+web+traffic+wifi)

Jan 3, 2020, 6:47:38â€¯PM UTC

Products:
Search
Why is this here?

USAO_0023102
ATTORNEY EYES ONLY

Search

Searched for  how to monitor iphone location (https://www.google.com/search?q=how+to+monitor+iphone+location)

Jan 4, 2020, 4:38:40â€¯PM UTC

**Products:**
   Search
**Why is this here?**
   This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings   here (https://myaccount.google.com/activitycontrols).

Search

Visited  https://download.cnet.com/html/dl/all-titles/9000-A-3.html (https://www.google.com/url?q=https://download.cnet.com/html/dl/all-titles/9000-A-3.html&usg=AOvVaw2WtosLSIhB8EnMRQ4q1EiS)

Jan 4, 2020, 4:16:55â€¯PM UTC

**Products:**
   Search
**Why is this here?**
   This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings   here (https://myaccount.google.com/activitycontrols).

Search

Searched for  cnet actual keylogger (https://www.google.com/search?q=cnet+actual+keylogger)

Jan 4, 2020, 4:16:48â€¯PM UTC

**Products:**
   Search
**Why is this here?**
   This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings   here (https://myaccount.google.com/activitycontrols).

Search

Visited  https://insee.me/u████████101/following (https://www.google.com/url?q=https://insee.me/u████████101/following&usg=AOvVaw0eToQXxNXCIIP1ZOZJSAvs)

Jan 4, 2020, 4:11:53â€¯PM UTC

**Products:**
   Search
**Why is this here?**
   This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings   here (https://myaccount.google.com/activitycontrols).

Search

Searched for ████████  (https://www.google.com/search?q=█████████)

Jan 4, 2020, 4:11:45â€¯PM UTC

**Products:**
   Search
**Why is this here?**
   This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings   here (https://myaccount.google.com/activitycontrols).

Search

Searched for ████████  (https://www.google.com/search?q=█████████)

Jan 4, 2020, 4:10:45â€¯PM UTC

**Products:**
   Search
**Why is this here?**
   This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings   here (https://myaccount.google.com/activitycontrols).

Search

Searched for  what happens when i add someone on snapchat (https://www.google.com/search?q=what+happens+when+i+add+someone+on+snapchat)

Jan 4, 2020, 4:07:50â€¯PM UTC

**Products:**
   Search
**Why is this here?**
   This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings   here (https://myaccount.google.com/activitycontrols).

Search

Searched for  actual keylogger cnet (https://www.google.com/search?q=actual+keylogger+cnet)

Jan 4, 2020, 4:04:26â€¯PM UTC

**Products:**
   Search
**Why is this here?**
   This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings   here (https://myaccount.google.com/activitycontrols).

Search

Visited  https://medium.com/@janetcpatterson/top-10-free-keyloggers-for-windows-a2a6b7f9130 (https://www.google.com/url?q=https://medium.com/%40janetcpatterson/top-10-free-keyloggers-for-windows-a2a6b7f9130&usg=AOvVaw0J7FqszNaTUwD0KAqb_IRs)

Jan 4, 2020, 4:02:58â€¯PM UTC

**Products:**
   Search
**Why is this here?**
   This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings   here (https://myaccount.google.com/activitycontrols).

Search

USAO_0023093
ATTORNEY EYES ONLY

Visited Kindle Cloud Reader - amazon.com (https://www.google.com/url?q=https://read.amazon.com/&usg=AOvVaw3UhsVzppDc7wUo4DqtTw)

Jan 13, 2020, 9:03:30 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for kindle on web (https://www.google.com/search?q=kindle+on+web)

Jan 13, 2020, 9:03:27 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Visited Daddy's Sugar is Back in Town - Reluctance/NonConsent ... (https://www.google.com/url?q=https://www.literotica.com/s/daddys-sugar-is-back-in-town&usg=AOvVaw2NbzBjA1XYqpq1GdgR3VVi)

Jan 13, 2020, 9:01:21 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for literotica sugar baby rape (https://www.google.com/search?q=literotica+sugar+baby+rape)

Jan 13, 2020, 9:01:01 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Visited My Gang Rape - Reluctance/NonConsent - Literotica.com (https://www.google.com/url?q=https://www.literotica.com/s/my-gang-rape&usg=AOvVaw2xK9hNVVMWqj7yDoNdWTuT)

Jan 13, 2020, 8:53:54 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for gangrape literotica (https://www.google.com/search?q=gangrape+literotica)

Jan 13, 2020, 8:53:35 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Visited https://www.wattpad.com/stories/gangrape (https://www.google.com/url?q=https://www.wattpad.com/stories/gangrape&usg=AOvVaw1-AvwCxvBExOARVRH11hRI)

Jan 13, 2020, 8:53:09 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for gangrape syories (https://www.google.com/search?q=gangrape+syories)

Jan 13, 2020, 8:53:01 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for powerone stories (https://www.google.com/search?q=powerone+stories)

Jan 13, 2020, 8:52:29 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Visited Powerone (Author of Teaching the Au Pair to Submit) - Goodreads (https://www.google.com/url?q=https://www.goodreads.com/author/show/6692127.Powerone&usg=AOvVaw0qNODKDtK1KGEZejoixzDv)

Jan 13, 2020, 8:51:43 PM UTC

USAO_0023030
ATTORNEY EYES ONLY

VisitedÂ https://www.finishedcanvas.com/ (https://www.google.com/url?q=https://www.finishedcanvas.com/&usg=AOvVaw3zDNMVdxAYsdayAfRap9C9)

Jan 19, 2020, 11:19:21â€¯PM UTC

**Products:**
    Search
**Details:**
    From Google Ads
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ furnished apartments nyc (https://www.google.com/search?q=furnished+apartments+nyc)

Jan 19, 2020, 11:19:09â€¯PM UTC

**Products:**
    Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ blueground nyc credit check (https://www.google.com/search?q=blueground+nyc+credit+check)

Jan 19, 2020, 9:57:26â€¯PM UTC

**Products:**
    Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

ViewedÂ Blueground | Furnished Apartments New York (https://local.google.com/place?use=srp&id=3733623980570180933)

Jan 19, 2020, 9:57:26â€¯PM UTC

**Products:**
    Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

ViewedÂ Blueground | Furnished Apartments New York (https://local.google.com/place?use=srp&id=3733623980570180933)

Jan 19, 2020, 9:57:25â€¯PM UTC

**Products:**
    Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ Google Search (https://www.google.com)

Jan 19, 2020, 9:52:38â€¯PM UTC

**Products:**
    Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ enema (https://www.google.com/search?q=enema)

Jan 19, 2020, 7:35:34â€¯PM UTC

**Products:**
    Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ https://www.jiobit.com/how-jiobit-works-search/?utm_source=google&utm_medium=cpc&utm_campaign=CBPK (https://www.google.com/url?q=https://www.jiobit.com/how-jiobit-works-search/%3Futm_source%3Dgoogle%26utm_medium%3Dcpc%26utm_campaign%3DCBPK&usg=AOvVaw10OSyIowPV29Q3517hVLbD)

Jan 19, 2020, 5:19:41â€¯PM UTC

**Products:**
    Search
**Details:**
    From Google Ads
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ wearable child tracking (https://www.google.com/search?q=wearable+child+tracking)

Jan 19, 2020, 5:19:24â€¯PM UTC

**Products:**
    Search
**Why is this here?**
    This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

USAO_0022983
ATTORNEY EYES ONLY

Why is this here?
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here (https://myaccount.google.com/activitycontrols).

## Search

Visited https://www.lawdepot.com/contracts/roommate-agreement/?loc=US (https://www.google.com/url?q=https://www.lawdepot.com/contracts/roommate-agreement/%3Floc%3DUS&usg=AOvVaw2lgBEa0LKPEGgL7M61EaTX)

Jan 23, 2020, 7:23:26 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for roommate agreement (https://www.google.com/search?q=roommate+agreement)

Jan 23, 2020, 7:23:18 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for how long does a hickey take to go away (https://www.google.com/search?q=how+long+does+a+hickey+take+to+go+away)

Jan 23, 2020, 7:11:00 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Visited Dabo Swinney - Wikipedia (https://www.google.com/url?q=https://en.wikipedia.org/wiki/Dabo_Swinney&usg=AOvVaw36E4il_AAzRnhNi0-7s70q)

Jan 23, 2020, 5:56:16 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for dabo (https://www.google.com/search?q=dabo)

Jan 23, 2020, 5:55:51 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Visited https://www.greenlightcard.com/welcome/?utm_source=adwords&utm_medium=cpc&utm_campaign=1551712051&utm_term=kids%20debit%20card_e&utm_device=m&utm_content=nonbrand (https://www.google.com/url?q=https://www.greenlightcard.com/welcome/%3Futm_source%3Dadwords%26utm_medium%3Dcpc%26utm_campaign%3D1551712051%26utm_term%3Dkids%2520debit%2520card_e%26utm_device%3Dm%26utm_content%3Dnonbrand&usg=AOvVaw0xBl

Jan 23, 2020, 4:29:53 PM UTC

**Products:**
Search
**Details:**
From Google Ads
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for debit card for child (https://www.google.com/search?q=debit+card+for+child)

Jan 23, 2020, 4:28:50 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for winterland nyc (https://www.google.com/search?q=winterland+nyc)

Jan 23, 2020, 4:28:36 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Visited How to kick a roommate out of your NYC apartment (https://www.google.com/url?q=https://www.brickunderground.com/blog/2014/07/how_to_kick_out_a_roommate_without_bloodshed&usg=AOvVaw1sB1oDSNZDTbPrbbdtzenO)

Jan 23, 2020, 4:14:17 PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

USAO_0022958
ATTORNEY EYES ONLY

Search

Searched forÂ stronic g (https://www.google.com/search?q=stronic+g)

Feb 10, 2020, 12:19:33â€¯AM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ https://swoon.theodysseyonline.com/sexual-assault-for-pay-exposay-seekingarrangementcom.amp (https://www.google.com/url?q=https://swoon.theodysseyonline.com/sexual-assault-for-pay-exposay-seekingarrangementcom.amp&usg=AOvVaw0gfdU-bGp3oDRHE5h_QWDr)

Feb 9, 2020, 8:49:12â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ Please, Breakup with Me! - The Rational Male (https://www.google.com/url?q=https://therationalmale.com/2016/10/24/please-breakup-with-me/-&usg=AOvVaw2XssMoKVTcM8NwS30e-KRz)

Feb 9, 2020, 8:29:46â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ girlfriend bad behavior in public redpill (https://www.google.com/search?q=girlfriend+bad+behavior+in+public+redpill)

Feb 9, 2020, 8:29:25â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ http://attractiondoctor.com/relationship-advice/relationship-management/stopping-a-partners-bad-behavior/ (https://www.google.com/url?q=http://attractiondoctor.com/relationship-advice/relationship-management/stopping-a-partners-bad-behavior/&usg=AOvVaw2SYfCX33soCMP6CvuDzjv0)

Feb 9, 2020, 8:25:38â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ girlfriend bad behavior in public (https://www.google.com/search?q=girlfriend+bad+behavior+in+public)

Feb 9, 2020, 8:23:30â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ Google Search (https://www.google.com)

Feb 9, 2020, 8:22:49â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ https://www.artofmanliness.com/articles/relationship-red-flags/ (https://www.google.com/url?q=https://www.artofmanliness.com/articles/relationship-red-flags/&usg=AOvVaw2ilgKlW-6N37Djw2xgFPXW)

Feb 9, 2020, 8:22:40â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ gf bad behavior in public red pill (https://www.google.com/search?q=gf+bad+behavior+in+public+red+pill)

Feb 9, 2020, 8:22:09â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

USAO_0022829
ATTORNEY EYES ONLY

Searched for Â gf out of control in public red pill (https://www.google.com/search?q=gf+out+of+control+in+public+red+pill)

Feb 9, 2020, 8:21:25â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

## Search

Visited Â https://www.xvideos.com/profiles/the_filth_nest (https://www.google.com/url?q=https://www.xvideos.com/profiles/the_filth_nest&usg=AOvVaw2u4ZmlX5aoRfw435TPKOjN)

Feb 9, 2020, 8:13:22â€¯PM UTC

**Products:**

Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

## Search

Searched for Â the filth nest xvideos (https://www.google.com/search?q=the+filth+nest+xvideos)

Feb 9, 2020, 8:13:19â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

## Search

Visited Â https://swoon.theodysseyonline.com/sexual-assault-for-pay-exposay-seekingarrangementcom.amp (https://www.google.com/url?q=https://swoon.theodysseyonline.com/sexual-assault-for-pay-exposay-seekingarrangementcom.amp&usg=AOvVaw0gfdU-bGp3oDRHE5h_QWDr)

Feb 9, 2020, 7:27:21â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

## Search

Searched for Â how can i tell if someone is on seeking (https://www.google.com/search?q=how+can+i+tell+if+someone+is+on+seeking)

Feb 9, 2020, 7:26:57â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

## Search

Visited Â This block in Harlem has become 'flea market for drugs' (https://www.google.com/url?q=https://nypost.com/2019/03/24/this-block-in-harlem-has-become-a-flea-market-for-drugs/&usg=AOvVaw1drDce4YhdkiRVpdql7KEb)

Feb 9, 2020, 5:48:38â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

## Search

Visited Â https://brokeassstuart.com/2014/10/21/how-to-buy-drugs-in-nyc-without-a-connection/ (https://www.google.com/url?q=https://brokeassstuart.com/2014/10/21/how-to-buy-drugs-in-nyc-without-a-connection/&usg=AOvVaw35_UFIJo9M_EMKuYPnAPyQ)

Feb 9, 2020, 5:46:46â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

## Search

Searched for Â how to get coke in nyc (https://www.google.com/search?q=how+to+get+coke+in+nyc)

Feb 9, 2020, 5:46:40â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

## Search

Visited Â 6 Lube Ingredients You May Want to Avoid | SELF (https://www.google.com/url?q=https://www.self.com/story/6-lube-ingredients-to-avoid&usg=AOvVaw2hqoLOmBZOvTO8DFy2iYU4)

Feb 9, 2020, 5:32:38â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

USAO_0022830
ATTORNEY EYES ONLY

---

### Search

Visited http://blog.famzoo.com/p/famzoo-card-faqs.html (https://www.google.com/url?q=http://blog.famzoo.com/p/famzoo-card-faqs.html&usg=AOvVaw07g8cqV4hZHfhNrAEYZPZ5)

Feb 20, 2020, 1:16:27â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

### Search

Searched for famzoo limits (https://www.google.com/search?q=famzoo+limits)

Feb 20, 2020, 1:16:25â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

### Search

Visited https://amp.reddit.com/r/asktrp/comments/an7sxs/how_to_make_girlfriend_more_submissive/ (https://www.google.com/url?q=https://amp.reddit.com/r/asktrp/comments/an7sxs/how_to_make_girlfriend_more_submissive/&usg=AOvVaw1s28TtC0b_zaVO5CHVm8b0)

Feb 20, 2020, 12:58:03â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

### Search

Visited How to Dominate a Woman: 4 Examples - The Modern Man (https://www.google.com/url?q=https://www.themodernman.com/blog/how-to-dominate-a-woman.html&usg=AOvVaw3ar6wPxePp5MciqCMU57OD)

Feb 20, 2020, 12:57:07â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

### Search

Visited http://alphanextdoor.com/how-to-tame-your-girl-friend/ (https://www.google.com/url?q=http://alphanextdoor.com/how-to-tame-your-girl-friend/&usg=AOvVaw37rj3K9tYk0FSE4eUOCkWQ)

Feb 20, 2020, 12:53:58â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

### Search

Searched for how to make gf submissive (https://www.google.com/search?q=how+to+make+gf+submissive)

Feb 20, 2020, 12:52:10â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

### Search

Visited 'Despicable': Wells Fargo Bashed for Plans to Cash In on Global ... (https://www.google.com/url?q=https://www.ecowatch.com/wells-fargo-2626869893.html&usg=AOvVaw2VDDhQYeuGQeRE_-lDXwVL)

Feb 20, 2020, 12:44:27â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

### Search

Searched for wells fargo climate change (https://www.google.com/search?q=wells+fargo+climate+change)

Feb 20, 2020, 12:44:13â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

### Search

Viewed Sarabeth's (https://local.google.com/place?use=srp&id=6389555164321944426)

Feb 20, 2020, 12:34:27â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

USAO_0022726
ATTORNEY EYES ONLY

Feb 27, 2020, 2:17:33â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search
---

Searched forÂ sherwood forest (https://www.google.com/search?q=sherwood+forest)
Feb 27, 2020, 2:17:40â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search
---

VisitedÂ Swaption - Wikipedia (https://www.google.com/url?q=https://en.wikipedia.org/wiki/Swaption&usg=AOvVaw3hSTYWd8S9Efbd8-8QtJnJ)
Feb 27, 2020, 2:13:09â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search
---

Searched forÂ swaption cost (https://www.google.com/search?q=swaption+cost)
Feb 27, 2020, 2:12:40â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search
---

VisitedÂ Can You Recover Permanently Deleted Photos iPhone? YES (https://www.google.com/url?q=https://www.easeus.com/iphone-recovery/how-to-recover-permanently-deleted-photos-on-iphone.html&usg=AOvVaw0lzlXo-sk0Q13P2vDNqmh5)
Feb 27, 2020, 2:39:50â€¯AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search
---

Searched forÂ how to recover deleted iphone pictures (https://www.google.com/search?q=how+to+recover+deleted+iphone+pictures)
Feb 27, 2020, 2:39:43â€¯AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search
---

VisitedÂ https://bewickedusa.com/products/1859-kerrie-bumless-dress (https://www.google.com/url?q=https://bewickedusa.com/products/1859-kerrie-bumless-dress&usg=AOvVaw0orpMV33ovHXNqg85q_Ae5)
Feb 27, 2020, 2:02:38â€¯AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search
---

Searched forÂ open bum dress (https://www.google.com/search?q=open+bum+dress)
Feb 27, 2020, 12:55:43â€¯AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search
---

Searched forÂ open bum (https://www.google.com/search?q=open+bum)
Feb 27, 2020, 12:55:36â€¯AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search
---

Searched forÂ carnegie hall (https://www.google.com/search?q=carnegie+hall)
Feb 27, 2020, 12:31:01â€¯AM UTC

**Products:**
  Search
**Why is this here?**

USAO_0022684
ATTORNEY EYES ONLY

Search

Searched forÂ primal productions llc video (https://www.google.com/search?q=primal+productions+llc+video)

Mar 3, 2020, 12:09:24â€¯AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ primal productions llc (https://www.google.com/search?q=primal+productions+llc)

Mar 3, 2020, 12:09:09â€¯AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ Adderall Withdrawal: Symptoms, Duration, Remedies, and Prevention (https://www.google.com/url?q=https://www.webmd.com/add-adhd/adderall-withdrawal&usg=AOvVaw2jrnTSsz_c1LA_HlUBwT-B)

Mar 2, 2020, 10:29:01â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ adderall withdrawal (https://www.google.com/search?q=adderall+withdrawal)

Mar 2, 2020, 10:28:53â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ Is Klonopin More Dangerous Than Cocaine? - Northpoint Recovery (https://www.google.com/url?q=https://www.northpointrecovery.com/blog/klonopin-high-rush-feels-like-death-us-part/&usg=AOvVaw1AfsaiNWtLl22sZlFQoySv)

Mar 2, 2020, 10:24:44â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ klonopin comedown (https://www.google.com/search?q=klonopin+comedown)

Mar 2, 2020, 10:24:26â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ List of presidents of the United States - Wikipedia (https://www.google.com/url?q=https://en.wikipedia.org/wiki/List_of_presidents_of_the_United_States&usg=AOvVaw0MTUy9a8Q6wgPHv899hmQb)

Mar 2, 2020, 10:12:58â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ list of us presidents (https://www.google.com/search?q=list+of+us+presidents)

Mar 2, 2020, 10:12:53â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ Tippecanoe and Tyler Too - Wikipedia (https://www.google.com/url?q=https://en.wikipedia.org/wiki/Tippecanoe_and_Tyler_Too&usg=AOvVaw01i45aQwEfxthzrAcbB_ks)

Mar 2, 2020, 10:01:09â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

USAO_0022656
ATTORNEY EYES ONLY

Viewed TransferWise (https://local.google.com/place?use=srp&id=9707662504420003341)
Mar 3, 2020, 10:01:17 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for transferwise (https://www.google.com/search?q=transferwise)
Mar 3, 2020, 10:01:17 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for ██████ (https://www.google.com/search?q=████████a)
Mar 3, 2020, 10:00:59 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for too faced cosmetics (https://www.google.com/search?q=too+faced+cosmetics)
Mar 3, 2020, 9:54:57 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Visited https://podcasts.apple.com/us/podcast/how-to-make-her-willfully-submit-through-training-rewards/id1175964274?i=1000437142335 (https://www.google.com/url?q=https://podcasts.apple.com/us/podcast/how-to-make-her-willfully-submit-through-training-rewards/id1175964274%3Fi%3D1000437142335&usg=AOvVaw143NgyB6GVwWvNzM9nolWU)
Mar 3, 2020, 9:25:45 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for donovan sharpe how to punish (https://www.google.com/search?q=donovan+sharpe+how+to+punish)
Mar 3, 2020, 9:25:23 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for how to punish woman (https://www.google.com/search?q=how+to+punish+woman)
Mar 3, 2020, 9:24:44 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for ██████ 9 (https://www.google.com/search?q=███████)
Mar 3, 2020, 9:24:35 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for ██████ (https://www.google.com/search?q=███████)
Mar 3, 2020, 9:24:04 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Visited https://mbsdisclosure.fanniemae.com/PoolTalk2/sls.html?searchCriteria=0&number=31418CQQ0 (https://www.google.com/url?q=https://mbsdisclosure.fanniemae.com/PoolTalk2/sls.html%3FsearchCriteria%3D0%26number%3D31418CQQ0&usg=AOvVaw1E2J3Lg2VhgO6ocsyUQKKP)

USAO_0022642
ATTORNEY EYES ONLY

Mar 3, 2020, 9:23:31â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

Searched forÂ fanniemae pooltalk (https://www.google.com/search?q=fanniemae+pooltalk)

Mar 3, 2020, 9:23:23â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

VisitedÂ https://mbsdisclosure.fanniemae.com/PoolTalk2/sls.html?searchCriteria=0&number=31418CQQ0 (https://www.google.com/url?
q=https://mbsdisclosure.fanniemae.com/PoolTalk2/sls.html%3FsearchCriteria%3D0%26number%3D31418CQQ0&usg=AOvVaw1E2J3Lg2VhgO6ocsyUQKKP)

Mar 3, 2020, 9:23:15â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

VisitedÂ https://vcahospitals.com/know-your-pet/using-punishment-effectively (https://www.google.com/url?q=https://vcahospitals.com/know-your-pet/using-punishment-effectively&usg=AOvVaw3WWZr9GUn35pMTzgSlrSjH)

Mar 3, 2020, 9:20:14â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

VisitedÂ https://www.petexpertise.com/dog-training-article-using-physical-punishments/ (https://www.google.com/url?q=https://www.petexpertise.com/dog-training-article-using-physical-punishments/&usg=AOvVaw11cnkyN4vWw9hypt3Ug507)

Mar 3, 2020, 9:10:40â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

Searched forÂ how to punish a dog (https://www.google.com/search?q=how+to+punish+a+dog)

Mar 3, 2020, 9:10:35â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

Searched forÂ how to respond when gf disobeys red pill (https://www.google.com/search?q=how+to+respond+when+gf+disobeys+red+pill)

Mar 3, 2020, 8:34:27â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

Searched forÂ how to respond when gf disobeys (https://www.google.com/search?q=how+to+respond+when+gf+disobeys)

Mar 3, 2020, 8:34:15â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

VisitedÂ ▮▮▮▮▮  HSBC | LinkedIn (https://www.google.com/url?q=https://uk.linkedin.com/in▮▮▮▮-b1191639&usg=AOvVaw0lI36fe4yKdIekK0cFtCz0)

Mar 3, 2020, 7:33:42â€¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

Searched forÂ ▮▮▮ cfo hsbc (https://www.google.com/search?q=claire+cfo+hsbc)

Mar 3, 2020, 7:33:30â€¯PM UTC

USAO_0022643
ATTORNEY EYES ONLY

Products:
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

VisitedÂ http://www.manthesis.com/act-like-shes-your-slave/ (https://www.google.com/url?q=http://www.manthesis.com/act-like-shes-your-slave/&usg=AOvVaw11uzguVvRmb-8WHONAvQQA)

Mar 3, 2020, 7:30:04â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

VisitedÂ How To Make Your Wife Want To Be Your Sex Slave - Kindle edition ... (https://www.google.com/url?q=https://www.amazon.com/Make-Your-Wife-Want-Slave-ebook/dp/B01LDZERTA&usg=AOvVaw1BCHUpJewIYlDheQ21qWoQ)

Mar 3, 2020, 7:28:25â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

VisitedÂ https://thisistrouble.com/make-good-girl-personal-sex-slave/ (https://www.google.com/url?q=https://thisistrouble.com/make-good-girl-personal-sex-slave/&usg=AOvVaw2jsvHS8XP_wEtcWhYMbF-j)
Mar 3, 2020, 7:19:26â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched forÂ how to turn wife into slave (https://www.google.com/search?q=how+to+turn+wife+into+slave)
Mar 3, 2020, 7:19:21â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched forÂ how to turn gf into slave (https://www.google.com/search?q=how+to+turn+gf+into+slave)
Mar 3, 2020, 7:18:25â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

VisitedÂ https://www.insider.com/signs-your-partner-falling-out-of-love-2018-1 (https://www.google.com/url?q=https://www.insider.com/signs-your-partner-falling-out-of-love-2018-1&usg=AOvVaw0y2U9ePdY3DfKTie6VGQhq)
Mar 3, 2020, 7:14:24â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched forÂ signs girlfriend isn't that into you (https://www.google.com/search?q=signs+girlfriend+isn%27t+that+into+you)
Mar 3, 2020, 7:14:19â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

VisitedÂ Signs That a Woman is Not Interested in You - The Modern Man (https://www.google.com/url?q=https://www.themodernman.com/blog/signs-that-a-woman-is-not-interested-in-you.html&usg=AOvVaw1_RI7RWL8lG0CnX-caEkv0)
Mar 3, 2020, 7:10:39â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched forÂ signs girlfriend isn't that into you (https://www.google.com/search?q=signs+girlfriend+isn%27t+that+into+you)
Mar 3, 2020, 7:09:05â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

USAO_0022644
ATTORNEY EYES ONLY

## Search

Visited Â 10 Signs She's Not Into You Anymore & What To Do Next! (https://www.google.com/url?q=https://www.apolloniaponti.com/10-signs-shes-not-into-you-anymore/&usg=AOvVaw1La-_lirqrOWNRNmh-NSY9)

Mar 3, 2020, 7:07:20 â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for Â signs girlfriend isn't that into you (https://www.google.com/search?q=signs+girlfriend+isn%27t+that+into+you)

Mar 3, 2020, 7:07:13 â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Visited Â https://www.reddit.com/r/asktrp/comments/4ih0cx/my_gf_of_2_years_not_too_enthusiastic_about/ (https://www.google.com/url?q=https://www.reddit.com/r/asktrp/comments/4ih0cx/my_gf_of_2_years_not_too_enthusiastic_about/&usg=AOvVaw0Eq0UZjwW5tfWwjIzwA2aH)

Mar 3, 2020, 6:47:17 â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Visited Â https://www.reddit.com/r/asktrp/comments/9mlszu/is_it_only_ever_worth_involving_yourself_with/ (https://www.google.com/url?q=https://www.reddit.com/r/asktrp/comments/9mlszu/is_it_only_ever_worth_involving_yourself_with/&usg=AOvVaw0u2VBYCnga2RxLQM5yrRex)

Mar 3, 2020, 6:40:30 â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for Â red pill gf not enthusiastic (https://www.google.com/search?q=red+pill+gf+not+enthusiastic)

Mar 3, 2020, 6:40:20 â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Visited Â Comerica Incorporated Names James J. Herzog Executive Vice ... (https://www.google.com/url?q=https://www.prnewswire.com/news-releases/comerica-incorporated-names-james-j-herzog-executive-vice-president-and-chief-financial-officer-301010774.html&usg=AOvVaw3awi5IISih-XA569_CWeTz)

Mar 3, 2020, 5:36:46 â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for Â herzog comerica cfo (https://www.google.com/search?q=herzog+comerica+cfo)

Mar 3, 2020, 5:36:40 â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Visited Â What is the average IQ of a human? - Quora (https://www.google.com/url?q=https://www.quora.com/What-is-the-average-IQ-of-a-human&usg=AOvVaw07J8RMTZRYvlLvzMQ-fCPo)

Mar 3, 2020, 5:33:22 â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Search

Searched for Â Human IQ (https://www.google.com/search?q=Human+IQ)

Mar 3, 2020, 5:32:52 â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

USAO_0022645
ATTORNEY EYES ONLY

VisitedÂ Girlfriend just hangs up on me. | Sosuave Discussion Forum (https://www.google.com/url?q=https://www.sosuave.net/forum/threads/girlfriend-just-hangs-up-on-me.139839/&usg=AOvVaw35oAghjdeQ3wuOubJqOMhz)

Mar 5, 2020, 3:09:40â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ gf hangs up on me (https://www.google.com/search?q=gf+hangs+up+on+me)

Mar 5, 2020, 3:09:16â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ She Hung Up On Me! - YouTube (https://www.youtube.com/watch?v=4aUeg60qO30)

Mar 5, 2020, 3:05:14â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ https://therationalmale.com/tag/ex-girlfriend/ (https://www.google.com/url?q=https://therationalmale.com/tag/ex-girlfriend/&usg=AOvVaw2eCP4AsIyyQm5PNo2sjzXh)

Mar 5, 2020, 3:04:53â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ girlfriend hung up on me red pill (https://www.google.com/search?q=girlfriend+hung+up+on+me+red+pill)

Mar 5, 2020, 3:04:26â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ girlfriend hung up on me!!!!!!! - General Relationship Discussion ... (https://www.google.com/url?q=https://www.loveshack.org/forums/topic/60852-girlfriend-hung-up-on-me/&usg=AOvVaw0jtu7NWvpeFp2k1LiyCXW-)

Mar 5, 2020, 3:02:40â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ girlfriend hung up on me (https://www.google.com/search?q=girlfriend+hung+up+on+me)

Mar 5, 2020, 3:02:28â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ How to Demand Respect, Pt 3: What Is Disrespectful Behavior ... (https://www.google.com/url?q=https://www.girlschase.com/content/how-demand-respect-pt-3-what-disrespectful-behavior&usg=AOvVaw2ytsNHGbk-hvpl4oBkjfEE)

Mar 5, 2020, 2:58:31â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ How To Deal With A Bitchy & Disrespectful Girlfriend (https://www.google.com/url?q=https://www.developattraction.com/deal-bitchy-disrespectful-girlfriend/&usg=AOvVaw37BWDYu-sGuVesz3hdoeEI)

Mar 5, 2020, 2:47:11â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ how to respond when girlfriend disrespects (https://www.google.com/search?q=how+to+respond+when+girlfriend+disrespects)

Mar 5, 2020, 2:47:01â€¯PM UTC

USAO_0022629
ATTORNEY EYES ONLY

**Search**

Visited Â How do you punish a gf the right way? | SoSuave Discussion Forum (https://www.google.com/url?q=https://www.sosuave.net/forum/threads/how-do-you-punish-a-gf-the-right-way.181646/&usg=AOvVaw1Ty8e_v7wHF4ycxEYs7gKY)

Mar 5, 2020, 8:31:15â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

Visited Â How To Punish Your GF/BF When They Piss You Off â€" blogged by ... (https://www.google.com/url?q=https://balleralert.com/profiles/blogs/how-to-punish-your-gfbf-when-they-piss-you-off/&usg=AOvVaw1h_c9HZ6plmXrhV2rNbmgg)

Mar 5, 2020, 8:30:21â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

Searched for Â how to punish girlfriend (https://www.google.com/search?q=how+to+punish+girlfriend)

Mar 5, 2020, 8:30:04â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

Searched for Â why do guys give the silent treatment (https://www.google.com/search?q=why+do+guys+give+the+silent+treatment)

Mar 5, 2020, 8:21:03â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

Visited Â https://pairedlife.com/problems/silent-treatment-abuse (https://www.google.com/url?q=https://pairedlife.com/problems/silent-treatment-abuse&usg=AOvVaw0BZOSww4OikpDOtmHLLLs2)

Mar 5, 2020, 8:17:30â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

Searched for Â silent treatment after disrespect (https://www.google.com/search?q=silent+treatment+after+disrespect)

Mar 5, 2020, 8:17:23â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

Visited Â Do Women Like to Be Ignored? - The Modern Man (https://www.google.com/url?q=https://www.themodernman.com/dating/do-women-like-to-be-ignored.html&usg=AOvVaw0OWOBy75taPH13URo14wOt)

Mar 5, 2020, 8:16:10â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

Searched for Â women hate being ignored (https://www.google.com/search?q=women+hate+being+ignored)

Mar 5, 2020, 8:15:48â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

**Search**

Visited Â Dealing With A Bitchy & Disrespectful Girlfriend - YouTube (https://www.youtube.com/watch?v=KYwMHpnjpNY)

Mar 5, 2020, 8:13:51â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

USAO_0022624
ATTORNEY EYES ONLY

Searched forÂ [REDACTED]  (https://www.google.com/search?q=[REDACTED])
Mar 5, 2020, 10:29:38â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ [REDACTED]  (https://www.google.com/search?q=[REDACTED])
Mar 5, 2020, 10:29:35â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ [REDACTED]  (https://www.google.com/search?q=[REDACTED])
Mar 5, 2020, 10:29:27â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ how to punish girlfriend disrespect (https://www.google.com/search?q=how+to+punish+girlfriend+disrespect)
Mar 5, 2020, 9:54:14â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ https://mattforney.com/beat-girlfriend-wife-get-away/ (https://www.google.com/url?q=https://mattforney.com/beat-girlfriend-wife-get-away/&usg=AOvVaw3BAnRcr_NZDLEk22CAOzks)
Mar 5, 2020, 9:41:13â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ how to punish girlfriend (https://www.google.com/search?q=how+to+punish+girlfriend)
Mar 5, 2020, 9:41:02â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ how to punish girlfriend (https://www.google.com/search?q=how+to+punish+girlfriend)
Mar 5, 2020, 9:40:48â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ how to punish girlfriend (https://www.google.com/search?q=how+to+punish+girlfriend)
Mar 5, 2020, 9:40:25â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ https://mattforney.com/beat-girlfriend-wife-get-away/ (https://www.google.com/url?q=https://mattforney.com/beat-girlfriend-wife-get-away/&usg=AOvVaw3BAnRcr_NZDLEk22CAOzks)
Mar 5, 2020, 9:39:58â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

USAO_0022622
ATTORNEY EYES ONLY

Searched forÂ how to punish girlfriend (https://www.google.com/search?q=how+to+punish+girlfriend)

Mar 5, 2020, 9:36:35â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ High Line-hugging rental 507 West Chelsea debuts its model ... (https://www.google.com/url?q=https://ny.curbed.com/2017/8/24/16198732/507-west-chelsea-high-line-model-apartment&usg=AOvVaw2cMHf9SRI-jfTSclmIEV8d)

Mar 5, 2020, 8:57:25â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ 507 west 28th street (https://www.google.com/search?q=507+west+28th+street)

Mar 5, 2020, 8:51:59â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

ViewedÂ 507 West Chelsea (https://local.google.com/place?use=srp&id=7502519928456385573)

Mar 5, 2020, 8:51:59â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ â€œlicenseeâ€ holdover nyc (https://www.google.com/search?q=%E2%80%9Clicensee%E2%80%9D+holdover+nyc)

Mar 5, 2020, 8:42:13â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ https://nycourts.gov/courts/nyc/housing/holdover_roommate.shtml (https://www.google.com/url?q=https://nycourts.gov/courts/nyc/housing/holdover_roommate.shtml&usg=AOvVaw3Et6zZWO3oasSv2smF2rbb)

Mar 5, 2020, 8:41:29â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ evict roommate not on lease nyc (https://www.google.com/search?q=evict+roommate+not+on+lease+nyc)

Mar 5, 2020, 8:40:27â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ how to evict roommate (https://www.google.com/search?q=how+to+evict+roommate)

Mar 5, 2020, 8:40:04â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

VisitedÂ https://flip.lease/learn/living-in-a-rental/evicting-a-roommate-in-new-york (https://www.google.com/url?q=https://flip.lease/learn/living-in-a-rental/evicting-a-roommate-in-new-york&usg=AOvVaw1A7SamhCxR8WWOqlUZJhtU)

Mar 5, 2020, 8:36:38â€¯PM UTC

**Products:**
Search
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

Search

Searched forÂ how to evict roommate (https://www.google.com/search?q=how+to+evict+roommate)

Mar 5, 2020, 8:36:33â€¯PM UTC

**Products:**

USAO_0022623
ATTORNEY EYES ONLY

Searched forÂ rashguard gi (https://www.google.com/search?q=rashguard+gi)

Mar 8, 2020, 12:15:49â€¯AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

Search

Searched forÂ eddi from casting couch "real name" (https://www.google.com/search?q=eddi+from+casting+couch+%22real+name%22)

Mar 8, 2020, 12:14:07â€¯AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

Search

Searched forÂ eddi from casting couch porn star (https://www.google.com/search?q=eddi+from+casting+couch+porn+star)

Mar 8, 2020, 12:13:58â€¯AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

Search

Searched forÂ eddi from casting couch porn star (https://www.google.com/search?q=eddi+from+casting+couch+porn+star)

Mar 8, 2020, 12:13:45â€¯AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

Search

VisitedÂ https://namethatpornstar.com/thread/1222555/ (https://www.google.com/url?q=https://namethatpornstar.com/thread/1222555/&usg=AOvVaw0TJOXWR6qrWP4pmR6i1jrq)

Mar 8, 2020, 12:13:11â€¯AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

Search

Searched forÂ eddi castingcouch (https://www.google.com/search?q=eddi+castingcouch)

Mar 8, 2020, 12:12:42â€¯AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

Search

Searched forÂ what foods lead to kidney stones (https://www.google.com/search?q=what+foods+lead+to+kidney+stones)

Mar 7, 2020, 11:42:01â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

Search

Searched forÂ eddi castingcouch (https://www.google.com/search?q=eddi+castingcouch)

Mar 7, 2020, 10:58:08â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

Search

VisitedÂ Ultimatum - The Rational Male (https://www.google.com/url?q=https://therationalmale.com/2012/05/07/ultimatum/&usg=AOvVaw3Ktd9zdjznAgRTOovn8Wl-)

Mar 7, 2020, 9:39:39â€¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

---

Search

Searched forÂ how to give ultimatum "red pill" (https://www.google.com/search?q=how+to+give+ultimatum+%22red+pill%22)

Mar 7, 2020, 9:39:35â€¯PM UTC

USAO_0022613
ATTORNEY EYES ONLY