# <u>Exhibits T through V</u>

## Filed Under Seal