UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25 Cr. 4 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Today, the Court received several emails from counsel related to the sealing of the defense's expert report, which the defense submitted in connection with its sentencing memorandum. For avoidance of doubt, **all expert reports** are to be publicly filed on the docket, subject to limited redactions where necessary.

Accordingly, by **tomorrow at noon**, defense counsel is directed to file Dr. Jonathan DeRight's report and *curriculum vitae* on the docket. To the extent that limited redactions are necessary, defense counsel is directed to confer with the Government forthwith as to such redactions.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 14, 2026
New York, New York