UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25 Cr. 4 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court denies the defense's application to make an additional written sentencing submission. *See* Dkt. 242. The deadline for the defense sentencing submission expired weeks ago and the defense has already submitted an unsolicited reply submission attaching an additional expert report. The Court also denies the defense's application for Mr. Mahoney to speak on Mr. Smith's behalf at next week's sentencing hearing so as to effectively opine as an expert or quasi-expert on mental health issues. The sentencing record is closed on that issue and the parties, at last week's initial sentencing hearing, forewent an evidentiary hearing on it.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 23, 2026
New York, New York