UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25-CR-004 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court today issued an Amended Judgment. It eliminates the $5,000 special assessment under the Justice for Victims of Trafficking Act of 2015 ("JVTA") that the Court imposed at sentencing, and clarifies the timetable for the payment of $35,000 special assessment under the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018 ("AVAA") that the Court also imposed at sentencing, so as to clarify that that special assessment is not due immediately. The Amended Judgment is consistent with, and incorporates by reference, the Court's order today at Dkt. 256, more specifically addressing the implementation of the AVAA assessment.

The Court wishes to correct an error in its order of today, Dkt. 259, which previewed the Amended Judgment. That order stated that the payment due date for the AVAA assessment would be December 15, 2026. In fact, the first payment due date for that assessment is 90 days from today, *i.e.*, November 15, 2026.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: August 17, 2026
New York, New York