UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25-CR-004 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Clerk's Office of the Court has received two *pro se* filings from Heather Marie Rodgers, the wife of defendant Edward Gene Smith – the first a motion to quash a subpoena directed to a bank at which she holds accounts, and the second a declaration in support of the motion. The Court is furnishing these motions to the Government and to counsel for defendant Edward Gene Smith. The Court directs the Government to file, on the docket, a response to this motion by Friday, September 11, 2026, including stating whether it is proper for these motions to be filed publicly on the docket of this case. The Court does not commission a submission from the defendant on this point, but if he wishes to be heard, his submission is due the same day. The Court does not invite a reply from Ms. Rodgers. The Court directs the Clerk of Court to mail a copy of this order to Ms. Rodgers at the address listed at the bottom of her declaration and motion.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 2, 2026
New York, New York