LAW OFFICES OF
DONNA R. NEWMAN
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

September 2, 2026

Via ECF & Email
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Edward Gene Smith, 25-Cr-004 (PAE)

Dear Judge Engelmayer:

On April 15, 2026, the Court granted my request to appoint Clara Kalhous as associate counsel in this case for 40 hours at $140 per hour, with leave to seek additional funding, should the need arise. On June 17, the Court granted my request for an additional 160 hours for Ms. Kalhous, bringing the total to 200 hours.

At the time of my second request for funding for Ms. Kalhous, I explained that the additional hours were sought so that Ms. Kalhous could be compensated in full for the time she had already spent on the case and could assist in drafting the sentencing memorandum for Mr. Smith. I did not anticipate that, after Mr. Smith's sentencing hearing, substantial work would remain in terms of reviewing documentation received and drafting a submission concerning restitution for the Court's consideration.

To date, including work on the sentencing submission and conferences with me in preparation for the sentencing hearings, Ms. Kalhous has spent a total of 239 hours on Mr. Smith's case – 39 more than the Court has already authorized.

Work on the restitution submission must now begin. We still have not received all of the necessary documentation from the Government. It will be necessary to continue to follow up with the Government for that material, to review it, and to discuss it with Mr. Smith before drafting the Defense's submission before the October 12, 2026, deadline.

Considering the time already expended and the amount of work still to be done, I respectfully ask the Court to authorize an additional 80 hours for Ms. Kalhous *nunc pro tunc* to June 17, the date of the Court's prior order, which will bring her total authorized hours to 280 and should be

sufficient to complete the remaining tasks in this case. As before, I also request leave to reapply to the Court for additional funding if it becomes necessary.

For the Court's consideration, I note that the difference between 280 hours at $140 (the associate rate) and at $177 (the CJA counsel rate) represents a cost savings of $10,360.

I thank the Court for its consideration of this request.

Respectfully,
/s/
Donna Newman
Cc: Clara Kalhous, Esq.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 266.

9/3/2026

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge