UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWARD GENE SMITH,

Defendant.

25-CR-004 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the Government's proposed restitution order and cover letter, see Dkt. 272, and a letter from defense counsel containing objections to aspects of the proposed restitution order. Defense counsel's letter has not been docketed, based on defense counsel's appropriate recognition that aspects of its letter might reveal confidential victim information. The Court directs Government counsel to confer with defense counsel promptly, to identify portions of defense counsel's letter that require redaction, and directs defense counsel thereafter to publicly file a redacted version of its letter on the docket in this case. The Court also authorizes the Government to file a reply to defense counsel's letter. The reply is due **Tuesday, October 20, 2026**.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 16, 2026
New York, New York