UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>EDWARD GENE SMITH,<br><br>Defendant. | 25-CR-004 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the parties' submissions relating to restitution. These include (1) the Government's letter of October 15, 2026, Dkt. 272, and attachments; (2) the defense's letter of October 15, 2026, Dkt. 274; (3) the defense's letter of October 19, 2026, Dkt. 275; and (4), the Government's letter of October 20, 2026, Dkt. 276, and attachments. The Court thanks counsel for these thoughtful submissions and for conferring in advance, in an attempt to define and narrow the issues presented.

Substantially for the reasons stated by the Government in its letters, the Court has signed and is today issuing the restitution order proposed by the Government at docket 276-2. That order provides for a total restitution amount of $830,821.18, as delineated by victim in the attached Schedule A, filed at docket 276-3. The Government has established each victim's loss by a preponderance of the evidence.

The Court grants leave to the Government to file the unredacted version of its sentencing letters and attachments under seal, and likewise grants leave to the defense to file the unredacted version of its sentencing letters under seal.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 27, 2026
New York, New York