UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v-

EDWARD GENE SMITH,

Defendants.

25 Cr. 4 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed a *pro se* motion and declaration from non-party Heather Marie Rodgers to quash a subpoena as to accounts at Wells Fargo Bank, N.A., *see* Dkt. 265, and the Government's memorandum of law in opposition, Dkt. 268; *see also* Dkt. 269 (letter from counsel for defendant Edward Gene Smith, not taking a position on the motion to quash). Substantially for the reasons stated by the Government in its opposition, the Court denies the motion to quash and permits the Government to proceed with financial discovery in aid of executing the judgment in this case.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 29, 2026
New York, New York